IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Todd R. Newcome | : | Case No. 16-10776TPA |
| Lori A. Newcome | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # 9 |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| Todd R. Newcome | : | |
| Lori A. Newcome | : | Hearing Date |
|     Respondent(s) | | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLIAM OF EXEMPTIONS

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's OBJECTION/MOTION filed on 11/01/16 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Motion were to be filed and served no later than 12/01/2016.

12/15/16                                              /s/ Ronda J. Winnecour
                                                    Ronda J. Winnecour
                                                    Chapter 13 Trustee PA I.D.#30399
                                                    U.S. Steel Tower- Suite 3250
                                                    600 Grant Street
                                                    Pittsburgh PA  15219
                                                    cmecf@chapter13trusteewdpa.com