## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-10776-TPA |
| | ) | |
| Todd R. Newcome, | ) | Chapter 13 |
| Lori A. Newcome, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ---------------------------------------- | ) | Related to Document No. |
| Todd R. Newcome, | ) | |
| Lori A. Newcome, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent. | | |

### PRAECIPE TO WITHDRAW DOCUMENT

TO:  CLERK OF BANKRUPTCY COURT

Kindly withdraw the Amended Chapter 13 Plan entered at Document No. 44 in the above matter

on March 13, 2017, as it was filed in error.


                                                Respectfully submitted,


Dated:  March 13, 2017                          /s/Brian C. Thompson, Esquire
                                                Brian C. Thompson
                                                PA ID: 91197
                                                Thompson Law Group, P.C.
                                                125 Warrendale-Bayne Rd., Suite *200*
                                                Warrendale, PA 15086
                                                (724) 799-8404 Telephone
                                                (724) 799-8409 Facsimile
                                                bthompson@thompsonattorney.com