**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Todd R. Newcome,<br>       Lori A. Newcome, | : | Case No. 16-10776-TPA |
| | : | |
| Debtors. | : | Chapter   13 |
| _____ | : | |
| | : | |
| Todd R. Newcome, | : | |
| Lori A. Newcome, | : | |
| | : | |
| Movants, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.: |
| | : | |
| AmeriCredit Financial Services, Inc., dba GM; | : | |
| Best Buy Credit Services; CRW Home Center, | : | |
| Inc.; Capital One; Capital One Bank (USA), | : | |
| N.A.; Capital One, N.A.; Cavalry SPV I, LLC; | : | |
| Cavalry Spv I, LLC; Chase Card Services-Disney; | : | |
| Citi Cards/Bon Ton; Comenity – Gander Mtn; | : | |
|  Comenity – Peebles; Credit Collection Services; | : | |
| Dan & Kelly Reitz; (p) Dell Financial Services; | : | |
| GM Financial; Joshua I. Goldman; Hyundai | : | |
| Capital America DBA; Indiana Regional Medical | : | |
| Center; Jefferson County Tax Claim Bureau; Kia | : | |
| Motor Finance; Kay Jewelers; Kohls/Capital | : | |
| One; Liberty Mutual Group; Lowe's/Synchrony | : | |
| Bank; (p) NATIONSTAR MORTGAGE LLC; | : | |
| Lori A. Newcome; Todd R. Newcome; | : | |
| Northwest Consumer Discount Company; | : | |
| ONEMAIN; Office of the United States | : | |
| Trustee; OneMain Financial; OneMain | : | |
| Financial; Penn Highlands Dubois; Pennsylvania | : | |
| Dept. of Revenue; Peoples Gas; Peoples TWP | : | |
| LLC; Peoples TWP LLC; Plain Green Loans; | : | |
| (p) PORTFOLIO RECOVERY ASSOCIATES | : | |
| LLC; Punxatawny Area Hospital; Quantum3 | : | |
| Group LLC as agent for Comenity Bank; | : | |

1

Recovery Management Systems Corporation;  :
Daniel Reitz; Kelly Reity; S&T Bank; Gary V.  :
Skiba; (p) SPRINGLEAF FINANCIAL      :
SERVICES; Sterling Jewelers Inc.; Sterling  :
Jewelers, Inc. dba Kay Jewelers; Susan    :
L. Mitchell;  Synchrony Bank-LenCrafters;   :
The SOS Group; Brian C. Thompson; S.    :
James Wallace; Walmart Mastercard/Syncb;   :
James Warmbrodt; Nationstar Mortgage,    :
LLC; Dell Financial Services, LLC; (d) Dell  :
 Preferred Account; Portfolio        :
Recovery Associates, LLC; Creditors,     :
                         :      Hearing Date and Time:
                         :      April 26, 2017 at 11:00 A.M.
      and                  :
                         :
Ronda J. Winnecour, Trustee,         :
                         :
      Respondents.            :

## CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, hereby certify that a copy of the Motion to Sever Chapter 13

Case, Proposed Order, and Notice of Hearing, was served by First Class U.S. mail postage

prepaid and/or electronic correspondence on March 13, 2017 on the parties on the attached

Bankruptcy Clerk's mailing matrix.

Date: March 13, 2017                By: s/ Meghan Hodge
                                Meghan Hodge, Paralegal
                                THOMPSON LAW GROUP, P.C.
                                125 Warrendale-Bayne Rd., Suite 200
                                Warrendale, PA 15086
                                Phone (724) 799-8404
                                Facsimile (724) 799-8409
                                mhodge@thompsonattorney.com