# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Todd R. Newcome, Lori A. Newcome, | : | Case No. 16-10776-TPA |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Todd R. Newcome, Lori A. Newcome, | : | |
| Movants, | : | Document No.: |
| v. | : | Related to Document No.: |
| AmeriCredit Financial Services, Inc., dba GM; Best Buy Credit Services; CRW Home Center, Inc.; Capital One; Capital One Bank (USA), N.A.; Capital One, N.A.; Cavalry SPV I, LLC; Cavalry Spv I, LLC; Chase Card Services-Disney; Citi Cards/Bon Ton; Comenity – Gander Mtn; Comenity – Peebles; Credit Collection Services; Dan & Kelly Reitz; (p) Dell Financial Services; GM Financial; Joshua I. Goldman; Hyundai Capital America DBA; Indiana Regional Medical Center; Jefferson County Tax Claim Bureau; Kia Motor Finance; Kay Jewelers; Kohls/Capital One; Liberty Mutual Group; Lowe's/Synchrony Bank; (p) NATIONSTAR MORTGAGE LLC; Lori A. Newcome; Todd R. Newcome; Northwest Consumer Discount Company; ONEMAIN; Office of the United States Trustee; OneMain Financial; OneMain Financial; Penn Highlands Dubois; Pennsylvania Dept. of Revenue; Peoples Gas; Peoples TWP LLC; Peoples TWP LLC; Plain Green Loans; (p) PORTFOLIO RECOVERY ASSOCIATES LLC; Punxatawny Area Hospital; Quantum3 Group LLC as agent for Comenity Bank; Recovery Management Systems Corporation; Daniel Reitz; Kelly Reity; S&T Bank; Gary V. Skiba; (p) SPRINGLEAF FINANCIAL SERVICES; Sterling Jewelers Inc.; Sterling Jewelers, Inc. dba Kay Jewelers; Susan L. Mitchell; Synchrony Bank-LenCrafters; The SOS Group; Brian C. Thompson; S. James Wallace; Walmart Mastercard/Syncb; | : | |

1

| | |
|---|---|
| James Warmbrodt; Nationstar Mortgage, LLC; Dell Financial Services, LLC; (d) Dell Preferred Account; Portfolio Recovery Associates, LLC; Creditors, | : <br> : <br> : <br> : <br> :     **Hearing Date and Time:** <br> :     **April 26, 2017 at 11:00 A.M.** |
| and | : <br> : |
| Ronda J. Winnecour, Trustee, | : <br> : |
| Respondents. | : |

**NOTICE OF HEARING WITH RESPONSIVE DEADLINE
ON DEBTORS' MOTION TO SEVER CHAPTER 13 CASE**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **April 2, 2017,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

A hearing will be held on **April 26, 2017 at 11:00 a.m. before Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501**. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: March 15, 2017            s/Brian C. Thompson, Esquire
                                                                             Attorney for Debtor(s)
                                                                              Pa I.D. # 91197
                                                                              THOMPSON LAW GROUP, P.C.
                                                                              125 Warrendale-Bayne Rd., Suite 200
                                                                              Warrendale, PA 15086
                                                                              (724) 799-8404 Telephone
                                                                              (724) 799-8409 Facsimile
                                                                              bthompson@thompsonattorney.com