**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 16-10776-TPA |
| Todd R. Newcome, | ) | |
| Lori A. Newcome, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| v. | ) | Document No. |
| | ) | |
| No Respondent(s). | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Debtor Name:    Lori A. Newcome
    Incorrect Address:    216 Dinsmore Ave
                        Punxsutawney, PA 15767

Corrected Address:

    Debtor Name:    Lori A. Newcome
    Correct Address:    7 Wellington Court
                        Mckees rocks, PA 15136

Date: <u>March 22, 2017</u>

                                                      <u>s/Brian C. Thompson</u>
                                                      Brian C. Thompson, Esquire
                                                      Attorney for Debtor(s)
                                                      PA ID No. 91197
                                                      THOMPSON LAW GROUP, P.C.
                                                      125 Warrendale-Bayne Road, Suite 200
                                                      Warrendale, PA 15086
                                                      (724) 799-8404 Telephone
                                                      (724) 799-8409 Facsimile
                                                      bthompson@thompsonattorney.com