# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Todd R. Newcome,<br>Lori A. Newcome, | : <br> : <br> : | Case No. 16-10776-TPA |
| Debtors. | : <br> : <br> : | Chapter  13 |
| Todd R. Newcome,<br>Lori A. Newcome, | : <br> : <br> : | |
| Movants, | : <br> : | Document No.: |
| v. | : <br> : | Related to Document No.: |
| AmeriCredit Financial Services, Inc., dba GM; Best Buy Credit Services; CRW Home Center, Inc.; Capital One; Capital One Bank (USA), N.A.; Capital One, N.A.; Cavalry SPV I, LLC; Cavalry Spv I, LLC; Chase Card Services-Disney; Citi Cards/Bon Ton; Comenity – Gander Mtn; Comenity – Peebles; Credit Collection Services; Dan & Kelly Reitz; (p) Dell Financial Services; GM Financial; Joshua I. Goldman; Hyundai Capital America DBA; Indiana Regional Medical Center; Jefferson County Tax Claim Bureau; Kia Motor Finance; Kay Jewelers; Kohls/Capital One; Liberty Mutual Group; Lowe's/Synchrony Bank; (p) NATIONSTAR MORTGAGE LLC; Lori A. Newcome; Todd R. Newcome; Northwest Consumer Discount Company; ONEMAIN; Office of the United States Trustee; OneMain Financial; OneMain Financial; Penn Highlands Dubois; Pennsylvania Dept. of Revenue; Peoples Gas; Peoples TWP LLC; Peoples TWP LLC; Plain Green Loans; (p) PORTFOLIO RECOVERY ASSOCIATES LLC; Punxatawny Area Hospital; Quantum3 Group LLC as agent for Comenity Bank; Recovery Management Systems Corporation; Daniel Reitz; Kelly Reity; S&T Bank; Gary V. Skiba; (p) SPRINGLEAF FINANCIAL SERVICES; Sterling Jewelers Inc.; Sterling Jewelers, Inc. dba Kay Jewelers; Susan L. Mitchell;  Synchrony Bank-LenCrafters; The SOS Group; Brian C. Thompson; S. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

| | |
|---|---|
| James Wallace; Walmart Mastercard/Syncb; James Warmbrodt; Nationstar Mortgage, LLC; Dell Financial Services, LLC; (d) Dell Preferred Account; Portfolio Recovery Associates, LLC; Creditors, | : : : : : : : **Hearing Date and Time:** |
| and | : **April 26, 2017 at 11:00 A.M.** : : |
| Ronda J. Winnecour, Trustee, | : : |
| Respondents. | : |

## ORDER OF COURT

AND NOW, upon consideration of Motion to Sever Chapter 13 Case, it is hereby ORDERED that said Motion is GRANTED.

It is FURTHER ORDERED as follows:

A.    Joint Debtor Lori A. Newcome's Case shall be immediately converted to a case under Chapter 7 of the Bankruptcy Code; and

B.    The Clerk of Court shall create this Chapter 7 new case for Joint Debtor Lori A. Newcome, and assign said case a new case number.

Date: _____          _____
                                                                                  United States Bankruptcy Judge