FILED
3/23/17 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Todd R. and Lori A. Newcome
Case Number: ~~16-10766~~ 16-10776    Chapter: 13
Date / Time / Room: March 21, 2017 at 11:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #22 - Final Confirmation of Plan dated 10/18/16 (NFC)
**+Obj. by Daniel and Kelly Reitz**

### *Appearances:*

Debtor:
Trustee:    Winnecour / Bedford / Katz / (Pail)

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 5/23/17 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other:

motion to sever pending