IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Todd R. Newcome | : | Case No.16-10776tpa |
| Lori A. Newcome | : | Chapter 13 |
|     Debtor(s) | : | |
| Todd R. Newcome | : | |
| Lori A. Newcome | : | Related to Document # 62 |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| Americredit Financial Services, Inc., dba GM; Best Buy Credit Services; CRW Home Center, Inc; Capital One; | : | Hearing Date 4/26/2017 |
| Capital One Bank (USA) , N.A.,; | : | |
| Cavalry SPV I, LLC; Cavalry Spv I, LLC; | : | |
| Chase Card Services –Disney ; Citi Cards/Bon Ton; Comenity-Gander MTN; | : | |
| Comenity –Peebles; Credit Collection Services; Dan & Kelly Reitz; (p) Dell Financial Services; GM Financial; Joshua I Goldman, Hyundai Capital America DBA; Indiana Regional Medical Center;  Jefferson County Tax Claim Bureau; Kia Motor Finance; Kay jewelers; Kohls/ Capital One; Liberty Mutual Group; Lowes/Synchrony Bank; (p) Nationstar Mortgage LLC,; Lori A Newcome; Todd R. Newcome; Northwest Consumer Discount Company; Onemain; Office of the United States Trustee; Onemain Financial;  Penn Highlands Dubois; Pennsylvania Dept of Revenue; Peoples Gas; Peoples Twp LLC, Plain Green Loans (p) Portfolio Recovery Associates LLC, Punxsutawney Area Hospital; Quantum3 Group LLC, as Agent for Comenity Bank, Recovery Management Systems Corporation; S&T Bank; Gary V. Skiba; Springleaf Financial Services, Sterling Jewelers Inc; Susan L. Mitchell, Synchrony Bank-Len Crafters; the SOS Group; Brian C. Thompson; James Wallace; Walmart Mastercard/Syncb; James | : | |

Warmbrodt; and Ronda J. Winnecour,   :
Trustee                              :
Respondent(s)

### TRUSTEE'S RESPONSE/CONSENT TO DEBTORS' PROPOSED ORDER FILED AT DOC. #62

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Trustee hereby consents to the debtors' proposed order filed on March 22, 2017 at doc. #62

WHEREFORE, the Trustee's reports to the Court.

                        RONDA J. WINNECOUR,
                        CHAPTER 13 TRUSTEE

Date:  3/23/17              by    /s/ Richard J. Bedford
                                  Richard J. Bedford - PA I.D. #25069
                                  Attorney for Trustee
                                  US Steel Tower – Suite 3250
                                  600 Grant St.
                                  Pittsburgh, PA  15219
                                  (412) 471-5566
                                  rbedford@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Todd R. Newcome | : | Case No.16-10776tpa |
| Lori A. Newcome | : | Chapter 13 |
|     Debtor(s) | : | |
| Todd R. Newcome | : | |
| Lori A. Newcome | : | Related to Document # 53 |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| Americredit Financial Services, Inc., | : | |
| dba GM; Best Buy Credit Services; CRW | | |
| Home Center, Inc; Capital One; | : | Hearing Date 4/26/2017 |
| Capital One Bank (USA) , N.A.,; | : | |
| Cavalry SPV I, LLC; Cavalry Spv I, LLC; | : | |
| Chase Card Services –Disney ; Citi | : | |
| Cards/Bon Ton; Comenity-Gander MTN; | | |
| Comenity –Peebles; Credit Collection | : | |
| Services; Dan & Kelly Reitz; (p) Dell | : | |
| Financial Services; GM Financial; | : | |
| Joshua I Goldman, Hyundai | : | |
| Capital America DBA; Indiana | : | |
| Regional Medical Center;  Jefferson | : | |
| County Tax Claim Bureau; Kia | : | |
| Motor Finance; Kay jewelers; Kohls/ | : | |
| Capital One; Liberty Mutual Group; | : | |
| Lowes/Synchrony Bank; (p) | : | |
| Nationstar Mortgage LLC,; Lori A | : | |
| Newcome; Todd R. Newcome; | : | |
| Northwest Consumer Discount | : | |
| Company; Onemain; Office of the | : | |
| United States Trustee; Onemain | : | |
| Financial;  Penn Highlands Dubois; | : | |
| Pennsylvania Dept of Revenue; | : | |
| Peoples Gas; Peoples Twp LLC, Plain | : | |
| Green Loans (p) Portfolio Recovery | : | |
| Associates LLC, Punxsutawney Area | : | |
| Hospital; Quantum3 Group LLC, as | : | |
| Agent for Comenity Bank, Recovery | : | |
| Management Systems Corporation; | : | |
| S&T Bank; Gary V. Skiba; Springleaf | : | |
| Financial Services, Sterling Jewelers Inc; | | |
| Susan L. Mitchell, Synchrony Bank- | : | |
| Len Crafters; the SOS Group; Brian C. | : | |
| Thompson; James Wallace; Walmart | | |
| Mastercard/Syncb; James | : | |

Warmbrodt; and Ronda J. Winnecour,    :
Trustee                                :
Respondent(s)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd of March 2017, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Todd R. Newcome
216 Dinsmore Avenue
Punxsutawney PA 15767

Lori A. Newcome
7 Wellington Court
McKees Rocks PA 15136

Brian Thompson, Esquire
125 Warrendale-Bayne Road
Suite 200
Warrendale PA 15086

      _/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com