**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Todd R. Newcome, | : | Bankruptcy No. 16-10776-TPA |
| Lori A. Newcome, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | Document No. |
| Todd R. Newcome, | : | |
| | : | Related to Document No. |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| United Parcel Service, Inc., | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Wage

Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at

the address listed below on March 27, 2017, via first class mail postage prepaid:

> **United Parcel Service, Inc.**
> **Attn: Payroll Administrator**
> **55 Glenlake Parkway NE**
> **Atlanta, GA 30328**

Executed on:   March 27, 2017

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrnedale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404          Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor(s)