Case 16-10776-TPA    Doc 68    Filed 04/27/17    Entered 04/28/17 09:05:40    Desc Main
Document    Page 1 of 1

FILED
4/27/17 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10776-TPA |
| | : | | |
| Todd R. Newcome | : | Chapter: | 13 |
| Lori A. Newcome | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 4/26/2017 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

*MATTER:*   #53 Motion to Divide Chapter 13 by Debtors
    #59 Response by Tee
    #64 Response/Consent to Debtors' Proposed Order

*APPEARANCES:*
    Debtor:    Brian C. Thompson
    Trustee:   Richard Bedford

*NOTES:*

Bedford:    New Order resolves Trustee's concerns.

*OUTCOME:*    GRANTED / OE

*[signature]*
vas