Case 16-10776-TPA    Doc 70    Filed 04/30/17    Entered 05/01/17 00:54:04    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
4/27/17 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Todd R. Newcome,
Lori A. Newcome,

    Debtors.

Case No. 16-10776-TPA

Chapter 13

Todd R. Newcome,
Lori A. Newcome,

    Movants,

    v.

Document No.:

Related to Document No.: 53

AmeriCredit Financial Services, Inc., dba GM;
Best Buy Credit Services; CRW Home Center,
Inc.; Capital One; Capital One Bank (USA),
N.A.; Capital One, N.A.; Cavalry SPV I, LLC;
Cavalry Spv I, LLC; Chase Card Services-Disney;
Citi Cards/Bon Ton; Comenity – Gander Mtn;
Comenity – Peebles; Credit Collection Services;
Dan & Kelly Reitz; (p) Dell Financial Services;
GM Financial; Joshua I. Goldman; Hyundai
Capital America DBA; Indiana Regional Medical
Center; Jefferson County Tax Claim Bureau; Kia
Motor Finance; Kay Jewelers; Kohls/Capital
One; Liberty Mutual Group; Lowe's/Synchrony
Bank; (p) NATIONSTAR MORTGAGE LLC;
Lori A. Newcome; Todd R. Newcome;
Northwest Consumer Discount Company;
ONEMAIN; Office of the United States
Trustee; OneMain Financial; OneMain
Financial; Penn Highlands Dubois; Pennsylvania
Dept. of Revenue; Peoples Gas; Peoples TWP
LLC; Peoples TWP LLC; Plain Green Loans;
(p) PORTFOLIO RECOVERY ASSOCIATES
LLC; Punxatawny Area Hospital; Quantum3
Group LLC as agent for Comenity Bank;
Recovery Management Systems Corporation;
Daniel Reitz; Kelly Reity; S&T Bank; Gary V.
Skiba; (p) SPRINGLEAF FINANCIAL
SERVICES; Sterling Jewelers Inc.; Sterling
Jewelers, Inc. dba Kay Jewelers; Susan
L. Mitchell; Synchrony Bank-LenCrafters;
The SOS Group; Brian C. Thompson; S.

James Wallace; Walmart Mastercard/Syncb; :
James Warmbrodt; Nationstar Mortgage, :
LLC; Dell Financial Services, LLC; (d) Dell :
Preferred Account; Portfolio :
Recovery Associates, LLC; Creditors, :
: **Hearing Date and Time:**
: **April 26, 2017 at 11:00 A.M.**
and :
:
Ronda J. Winnecour, Trustee, :
:
Respondents. :

## ORDER OF COURT

AND NOW, upon consideration of Motion to Sever Chapter 13 Case, it is hereby ORDERED that said Motion is GRANTED.

It is FURTHER ORDERED as follows:

A.   Joint Debtor Lori A. Newcome's Case shall be immediately converted to a case under Chapter 7 of the Bankruptcy Code; and

B.   The Clerk of Court shall create this Chapter 7 new case for Joint Debtor Lori A. Newcome, and assign said case a new case number.

Date: April 26, 2017

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd R. Newcome
     Debtor

Case No. 16-10776-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: aala        Page 1 of 1        Date Rcvd: Apr 28, 2017
                      Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db          +Todd R. Newcome,   216 Dinsmore Avenue,   Punxsutawney, PA 15767-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
         Brian C. Thompson   on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Brian C. Thompson   on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@yochim.com,
          donna@yochim.com;rose227@hotmail.com
         Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@yochim.com,
          donna@yochim.com;rose227@hotmail.com
         James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC, as Servicer
          bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com
         S. James Wallace   on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                   TOTAL: 11