**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LORI A NEWCOME<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-10776 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/12/2016 and confirmed on 10/25/2016 . The case was subsequently (C)CONVERTED AFTER CONFIRMATION FUNDS TO CREDITORS

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,573.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,573.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,341.62 | |
|    Trustee Fee | 999.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,341.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 043 | | | | |
|   JEFFERSON COUNTY TAX CLAIM BUREAU | 3,339.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 06 | | | | |
|   SUSAN MITCHELL | 1,487.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 06 | | | | |
|   SUSAN MITCHELL | 1,213.94 | 0.00 | 0.00 | 0.00 |
|     Acct: 06 | | | | |
|   STERLING JEWELERS INC D/B/A KAY JEW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2285 | | | | |
|   STERLING JEWELERS D/B/A KAY JEWELE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5446 | | | | |
|   JEFFERSON COUNTY TAX CLAIM BUREAU | 3,085.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 06 | | | | |
|   DAN AND KELLY REITZ | 131,780.00 | 9,024.65 | 3,790.99 | 12,815.64 |
|     Acct: 5122 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA ( | 0.00 | 4,291.7 | 0.00 | 4,291.7 |
|     Acct: 9490 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| HYUNDAI CAPITAL AMERICA D/B/A KIA MC | 18,177.99 | 1,270.72 | 536.77 | 1,807.49 |
| Acct: 6083 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA ( | 1,578.92 | 0.00 | 0.00 | 0.00 |
| Acct: 9490 | | | | |
| | | | | 18,914.84 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LORI A NEWCOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,000.00 | 1,341.62 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9374 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 4,028.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0823 | | | | |
| CAPITAL ONE BANK NA** | 3,453.56 | 0.00 | 0.00 | 0.00 |
| Acct: 5579 | | | | |
| CAPITAL ONE BANK NA** | 2,097.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9482 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 297.76 | 0.00 | 0.00 | 0.00 |
| Acct: 374 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9279 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5122 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 3,554.26 | 0.00 | 0.00 | 0.00 |
| Acct: 4664 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,163.82 | 0.00 | 0.00 | 0.00 |
| Acct: 2762 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,152.23 | 0.00 | 0.00 | 0.00 |
| Acct: 1245 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7559 | | | | |
| CRW HOME CNTR INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0400 | | | | |
| DFS ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 985 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 160.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7732 | | | | |
| CAPITAL ONE NA** | 2,528.70 | 0.00 | 0.00 | 0.00 |
| Acct: 9653 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5122 | | | | |
| NORTHWEST CONSUMER DISC CO(*) | 4,830.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2058 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F W | 11,072.64 | 0.00 | 0.00 | 0.00 |
| Acct: 994 | | | | |
| PENN HIGHLANDS DUBOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2156 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| PEOPLES TWP LLC* | 4,100.67 | 0.00 | 0.00 | 0.00 |
| Acct: 0046 | | | | |
| PLAIN GREEN LOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5122 | | | | |
| PUNXSUTAWNEY AREA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3093 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5185 | | | | |
| SPRINGLEAF(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7412 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4578 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4858 | | | | |
| LIBERTY MUTUAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 113.72 | 0.00 | 0.00 | 0.00 |
| Acct: 7239 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,302.83 | 0.00 | 0.00 | 0.00 |
| Acct: 6379 | | | | |
| ONE MAIN FINANCIAL OF PA INC FKA SPR | 4,785.94 | 0.00 | 0.00 | 0.00 |
| Acct: 1757 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 128.29 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DELL FINANCIAL SERVICES LLC | 3,065.44 | 0.00 | 0.00 | 0.00 |
| Acct: 4985 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 466. | 0.00 | 0.00 | 0.00 |
| Acct: 6609 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,858.34 | 0.00 | 0.00 | 0.00 |
| Acct: 5968 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                        18,914.84

  TOTAL CLAIMED
  PRIORITY                             0.00
  SECURED                     160,663.32
  UNSECURED                     50.161.76

Date: 05/01/2017                                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com