FILED
5/25/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Todd R. Newcome
Case Number: 16-10776                                    Chapter: 13
Date / Time / Room: May 23, 2017 at 2:00 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**    #22 - Cont. Final Confirmation of Plan dated 10/18/16 (NFC)

**Appearances:**

Debtor: Thompson
Trustee: Winnecour / Bedford / Katz / Pail
Creditor:

**Proceedings:**

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7/11/17
   Objections are due on or before 8/1/17.
   A hearing on the Amended Plan is set for 8/29/17 at 2:00pm
9. _____ Other:

Re: LAT -
Debtor Counsel to
resend appraisal.
Debtor contends
there is no equity in
property after repairs.

Continued for
service of Amended
plan.