FILED
8/31/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Todd R. Newcome
Case Number: 16-10776                                Chapter: 13
Date / Time / Room: August 29, 2017 at 2:00 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #78 - Amended Plan dated 7/10/17 (NFC)

### Appearances:

*Seelinger*

Debtor:
Trustee: Winnecour / Bedford / ~~Katz~~ / Pail  *Skiba - Reitz*
Creditor:

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by *9-26-17*
    Objections are due on or before *10-17-17*.
    A hearing on the Amended Plan is set for *10-24-17* at *3:00*.

9. _____ Other: