FILED
10/4/17 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Todd R. Newcome,<br>            Lori A. Newcome,<br><br>                Debtors.<br>_____<br>Todd R. Newcome,<br><br>                Movant,<br><br>        v.<br><br>United Parcel Service, Inc,<br><br>                Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. 16-10776-TPA<br><br>Chapter 13<br>Document No.<br><br>Related to Document No.  94 |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor(s) having filed a Chapter 13 petition having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income: **United Parcel Service, Inc., ATTN: Payroll Administrator, 55 Glenlake Parkway NE, Atlanta, GA 30328** deduct from that income the sum of **$386.54** weekly, for the monthly sum of **$1,675.00**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D. PA.
        POB 84051
        CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.
IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity.  Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.  (note: emphasis added)
IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the Administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated this ___4th___ day of ___October___, 2017.

_____
United States Bankruptcy Judge    jlm

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 16-10776-TPA
Todd R. Newcome                                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin               Page 1 of 1                Date Rcvd: Oct 04, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db             +Todd R. Newcome,    216 Dinsmore Avenue,    Punxsutawney, PA 15767-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              James Warmbrodt     on behalf of Creditor   Nationstar Mortgage LLC, as Servicer
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
                                                                                             TOTAL: 12