Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd R. Newcome**
  Debtor(s)

Bankruptcy Case No.: 16–10776–TPA
Related to Docket No. 105
Chapter: 13
Docket No.: 106 – 105
Concil. Conf.: 4/9/19 at 02:30 PM

### ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 4, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 25, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/9/19** at **02:30 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 18, 2019

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-10776-TPA
Todd R. Newcome                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                Page 1 of 3              Date Rcvd: Jan 18, 2019
                              Form ID: 213              Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
```
db            +Todd R. Newcome,    216 Dinsmore Avenue,    Punxsutawney, PA 15767-2306
cr            +Daniel Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
r             +Don Powell,    Powell & Associates Real Estate, LLC,    200 East Mahoning Street,
                Punxsutawney, PA 15767-2045
cr            +Kelly Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
cr            +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14292528      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
14274162      +CRW Home Center, Inc.,    313 Martha Street,    Punxsutawney, PA 15767-1821
14345373       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14352177      +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
14274157      +Chase Card Services-Disney,    PO Box 1423,    Charlotte, NC 28201-1423
14274158      +Citi Cards/Bon Ton,    PO Box 6241,    Sioux Falls, SD 57117-6241
14332294     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
14274163      +Dan & Kelly Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
14274165      +GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
14351273      +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                Fountain Valley, CA 92728-0825
14274166      +Indiana Regional Medical Center,    PO Box 788,    Indiana, PA 15701-0788
14361400       Jefferson County Tax Claim Bureau,    200 Main Street Court House,    Brookville, PA 15825
14274168      +KIA Motor Finance,    PO Box 20815,    Fountain Valley, CA 92728-0815
14274170      +Liberty Mutual Group,    7000 Stonewood Drive Suite 100,    Wexford, PA 15090-7376
14345131     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas TX 75261-9741)
14274174      +Penn Highlands DuBois,    PO Box 447,    Du Bois, PA 15801-0447
14274175      +Peoples Gas,    PO Box 747105,    Pittsburgh, PA 15274-7105
14335570      +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14274176      +Plain Green Loans,    PO Box 42560,    Philadelphia, PA 19101-2560
14274177      +Punxatawny Area Hospital,    81 Hillcrest Drive,    Punxsutawney, PA 15767-2616
14274178      +S&T Bank,    PO Box 190,    Indiana, PA 15701-0190
14277250       Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI 48308-0730
14274180      +Susan L. Mitchell,    301 E. Mahoning Street,    Suite 3,    Punxsutawney, PA 15767-2142
14274182      +The SOS Group,    Collection Agency,    PO Box 16211,    Cleveland, OH 44116-0211
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 02:43:37
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2019 03:31:01
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
14274156       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 02:19:28     Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
14294828       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 02:20:37
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14344558      +E-mail/Text: bankruptcy@cavps.com Jan 19 2019 02:13:01     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14274159      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2019 02:12:30     Comenity - Gander Mtn,
                PO Box 659569,    San Antonio, TX 78265-9569
14274160      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2019 02:12:30     Comenity- Peebles,
                PO Box 659465,    San Antonio, TX 78265-9465
14274161      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 19 2019 02:13:19
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14274167      +E-mail/Text: BKRMailOPS@weltman.com Jan 19 2019 02:12:29     Kay Jewelers,    PO Box 740425,
                Cincinnati, OH 45274-0425
14274169      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 19 2019 02:12:23     Kohls/Capital One,
                PO Box 3115,    Milwaukee, WI 53201-3115
14274171      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36     Lowe's/Synchrony Bank,
                PO Box 960010,    Orlando, FL 32896-0010
14311098      +E-mail/PDF: cbp@onemainfinancial.com Jan 19 2019 02:19:26     ONEMAIN,    605 MUNN ROAD,
                FT. MILL, SC 29715-8421
14274173      +E-mail/PDF: cbp@onemainfinancial.com Jan 19 2019 02:20:35     OneMain Financial,
                PO Box 9001122,    Louisville, KY 40290-1122
14305245       E-mail/PDF: cbp@onemainfinancial.com Jan 19 2019 02:20:35     OneMain Financial,
                P.O. Box 3251,    Evansville, IN. 47731-3251
14520057       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 02:20:03
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14351621       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 02:43:37
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-1          User: vson                  Page 2 of 3                   Date Rcvd: Jan 18, 2019
                              Form ID: 213                Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14301638         E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2019 02:12:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14278267         E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2019 03:31:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14274179         E-mail/PDF: cbp@onemainfinancial.com Jan 19 2019 02:20:02      Springleaf,    PO Box 742536,
                 Cincinnati, OH 45274
14282696        +E-mail/Text: ecf@buckleyking.com Jan 19 2019 02:12:21
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
14274181        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Synchrony Bank-LensCrafters,
                 PO Box 960061,    Orlando, FL 32896-0061
14274183        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Walmart Mastercard/Syncb,
                 PO Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE, LLC
14274164*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Dell Preferred Account,    Payment Processing Center,    PO Box 6403,
                 Carol Stream, IL 60197)
14691667*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14274155        ##+Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
14274172        ##+Northwest Consumer Discount Company,    107 East Mahoning Street,    PO Box 456,
                 Punxsutawney, PA 15767-0456
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC, as Servicer
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-1          User: vson              Page 3 of 3            Date Rcvd: Jan 18, 2019
                              Form ID: 213            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com

                                                                TOTAL: 12

Case 16-10776-TPA    Doc 107    Filed 01/20/19    Entered 01/21/19 00:45:11    Desc
Imaged Certificate of Notice    Page 5 of 5