Case 16-10776-TPA    Doc 111    Filed 04/10/19    Entered 04/10/19 12:48:05    Desc Main
Document    Page 1 of 1

FILED
4/10/19 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor(s): Todd R. Newcome

Case Number: 16-10776-TPA    (Chapter 13)
Date / Time / Room: 04/09/2019 02:30 pm /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #105 - Trustee's Certificate of Default to Dismiss
# - Amended Plan dated (FC)

### *Appearances:*

Debtor: Thompson
Trustee: Winnecour / Katz / Fail / DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **Contested** 4/17/19 at 12:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. _____ Other:

Handwritten notes:
(1) on contest for 3 conciliation rule
(2) plan contemplates a sale of RE. Broker approved 8/8/2017. Four months from 2 yr anniversary and no sale
(3) Trustee has requested 2018 tax return, current Debtor paystub, and amended I or J if there is any change. Best Efforts issues are preserved.

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: