Case 16-10776-TPA    Doc 113    Filed 04/18/19    Entered 04/18/19 11:12:22    Desc Main
Document    Page 1 of 1

FILED
4/18/19 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10776-TPA |
| Todd R. Newcome | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 4/17/2019 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER:** #110 Contested Plan dated 3/6/19

**APPEARANCES:**
Debtor:    Brett Lemon (video)
Trustee:   Owen Katz

**NOTES:**

Katz:   Plan contemplated sale of real estate. Broker approved in August. 2017.

Lemon:  Price has been lowered several times. Property in Punxutawney. Claim is $130,000, listed at $160,000.

**OUTCOME:**   Case is dismissed w/o prejudice unless boni fide motion for sale filed within 60 days. Chambers to issue Order.

vas