FILED
4/18/19 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TODD R. NEWCOME,                          :          Case No. 16-10776-TPA
                                          :
          *Debtor*                        :          Chapter 13
                                          :
                                          :          Related to Doc. Nos. 105, 110

**Order**

The Chapter 13 Trustee has filed a ***Trustee's Certificate of Default Requesting Dismissal of Case*** on January 17, 2019 at Doc. No. 105. Thereafter, the Debtor filed an ***Amended Chapter 13 Plan*** on March 6, 2019 at Doc. No. 110, so the Court convened a contested plan hearing. After being informed that the success of the Debtor's *Amended Chapter 13 Plan* is dependent on a sale of real property located in Punxutawney, Pa., but that such property has been listed for sale for nearly two years without any significant activity occurring, for the reasons stated at said hearing,

***AND NOW***, this ***18th*** day of ***April, 2019***, it is hereby, ***ORDERED, ADJUDGED*** and ***DECREED*** that this case is ***DISMISSED effective June 18, 2019*** unless ***on or before June 17, 2019*** the Debtor files a bona fide motion for sale of the property. *The dismissal will be without further notice or hearing.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
  Brett Lemon, Esq.
  Owen Katz, Esq.
  Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-10776-TPA
Todd R. Newcome                                                 Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin           Page 1 of 1          Date Rcvd: Apr 18, 2019
                             Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             +Todd R. Newcome,    216 Dinsmore Avenue,    Punxsutawney, PA 15767-2306
               +Brett Lemon, Esq.,    125 Warrendale Bayne Road,    Suite 200,   Warrendale, PA 15086-6504
               +Owen Katz,   US Steel Tower Suite 3250,    600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Brian C. Thompson     on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Brian C. Thompson     on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Gary V. Skiba     on behalf of Creditor Daniel  Reitz gskiba@marshlaw.com,
              DGeniesse@marshlaw.com;rose227@hotmail.com
              Gary V. Skiba     on behalf of Creditor Kelly  Reitz gskiba@marshlaw.com,
              DGeniesse@marshlaw.com;rose227@hotmail.com
              James  Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC, as Servicer
              bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Robert  Shearer     on behalf of Trustee Robert  Shearer information@robertshearer.com,
              rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
              srk@sjwpgh.com
                                                                                 TOTAL: 12