## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd R. Newcome, | : | Bankruptcy Case No.: 16-10776-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Todd R. Newcome, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 117, 118 |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | **Hearing Date and Time:** |
| | : | July 12, 2019 at 10:30 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO RECONSIDER DISMISSAL OF CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 17, 2019 at Document No. 117 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 118, Objections were to be filed and served no later than July 5, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 117 be entered by the Court.

Date: July 8, 2019                                          /s/ Brian C. Thompson
                                                            Brian C. Thompson, Esquire
                                                            Attorney for Debtor(s)
                                                            PA ID No. 91197
                                                            THOMPSON LAW GROUP, P.C.
                                                            125 Warrendale Bayne Road, Suite 200
                                                            Warrendale, PA 15086
                                                            (724) 799-8404 Telephone
                                                            (724) 799-8409 Facsimile
                                                            bthompson@thompsonattorney.com