FILED
7/9/19 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd R. Newcome | : | Case No. 16-10776-TPA |
| Debtor, | : | Chapter 13 |
| Todd R. Newcome | : | |
| Movant, | : | Rel Doc. 117 |
| v. | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondent. | : | |

## **ORDER**

AND NOW this ____9th____ day of _____July_____, 2019, upon consideration of the MOTION TO RECONSIDER DISMISSAL, it is hereby ORDERED, ADJUDGED and DECREED the Order if Court Dismissing the case filed at docket number 114 is Hereby VACATED and the case will continue in the normal course.

Movant to serve this Order on all Creditors and file a Certificate of Service.

BY:_____J.
                                           vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd R. Newcome
       Debtor

Case No. 16-10776-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Jul 09, 2019
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db            +Todd R. Newcome,    216 Dinsmore Avenue,    Punxsutawney, PA 15767-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
           Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
            blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
           Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
            blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
           Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@marshlaw.com,
            DGeniesse@marshlaw.com;rose227@hotmail.com
           Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@marshlaw.com,
            DGeniesse@marshlaw.com;rose227@hotmail.com
           James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC, as Servicer
            bkgroup@kmllawgroup.com
           James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
           Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
            rshearer@ecf.axosfs.com;rspclaw@gmail.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
           S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com
                                                                                                                                             TOTAL: 12