## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:Todd R. Newcome, | : | Bankruptcy Case No.: 16-10776-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Todd R. Newcome, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 130 |
| v. | : | |
| | : | |
| United Parcel Services, Inc., | : | |
| | : | |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment

Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed

below on August 9, 2019, via first class mail postage prepaid:

**United Parcel Services, Inc.**
**ATTN: Payroll Department**
**55 Glenlake Parkway NE**
**Atlanta, GA  30328**

Executed on:  <u>August 9, 2019</u>

<u>/s/Brian C. Thompson, Esquire</u>
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

<u>Brian C. Thompson, Esquire</u>
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

<u>125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086</u>
Address of Chapter 13 Trustee or Attorney for Debtor(s)

<u>(724) 799-8404     Pa. I.D. #91197</u>
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor(s)