FILED
9/13/19 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| TODD R. NEWCOME : | BANKRUPTCY NO. 16-10776-TPA |
| Debtor : | |
| : | CHAPTER NO. 13 |
| : | |
| DANIEL Q. REITZ and KELLY A. : | DOCUMENT NO. 134 |
| REITZ, : | |
| Movants : | |
| : | |
| v. : | |
| : | |
| TODD R. NEWCOME and : | |
| RONDA J. WINNECOUR, CHAPTER 13 : | |
| TRUSTEE, : | |
| Respondents : | |

ORDER

AND NOW, to-wit, this 13th day of September, 2019, upon consideration of the pending motion and with the consents of the debtor, the movants Daniel Q. Reitz and Kelly A. Reitz, and the Chapter 13 Trustee, it is hereby ordered that the motion shall be, and hereby, is GRANTED; and the automatic stay imposed by section 362(a) of the Bankruptcy Code regarding the real estate and any residence or buildings thereon at 216 Dinsmore Avenue, Punxsutawney, Jefferson County, Pennsylvania, as more specifically described in the deed recorded in Record Book 700 at page 114 in the office of the Recorder of Deeds of Jefferson County, Pennsylvania, shall be, and hereby is, terminated as of the date of the entry of this order. The movants Daniel Q. Reitz and Kelly A. Reitz are authorized to take possession of the said real property and to exercise whatever

rights they may have with regard to such real property by mortgage foreclosure, quit-claim deed, or other legal action authorized by the laws of the Commonwealth of Pennsylvania.

_____**vas**_____
Thomas P. Agresti, Judge
United States Bankruptcy

6

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-10776-TPA
Todd R. Newcome                                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 1              Date Rcvd: Sep 13, 2019
                              Form ID: pdf900         Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             #+Todd R. Newcome,    216 Dinsmore Avenue,    Punxsutawney, PA 15767-2306
cr              +Daniel Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
r               +Don Powell,    Powell & Associates Real Estate, LLC,    200 East Mahoning Street,
                 Punxsutawney, PA 15767-2045
cr              +Kelly Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC, as Servicer
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
                                                                                             TOTAL: 12
```