# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd R. Newcome, | : | Bankruptcy Case No.: 16-10776-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 137, 138 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | December 11, 2019 at 11:00 a.m. |
| Respondent. | ; | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on November 6, 2019 at Document No. 137 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 138, Objections were to be filed and served no later than November 23, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 137 be entered by the Court.

| | |
|---|---|
| Date: <u>November 26, 2019</u> | /s/ Brian C. Thompson |
| | Brian C. Thompson, Esquire |
| | Attorney for Debtor |
| | PA ID No. 91197 |
| | THOMPSON LAW GROUP, P.C. |
| | 125 Warrendale Bayne Road, Suite 200 |
| | Warrendale, PA 15086 |
| | (724) 799-8404 Telephone |
| | (724) 799-8409 Facsimile |
| | bthompson@thompsonattorney.com |