## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd R. Newcome, | : | Bankruptcy Case No.: 16-10776-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Todd R. Newcome, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

      Debtor Name:     Todd R. Newcome
      Incorrect Address:  216 Dinsmore Avenue
                            Punxsutawney, PA  15767

Corrected Address:

      Debtor Name:     Todd R. Newcome
      Correct Address:   108 Lois Lane
                            Punxsutawney, PA  15767

Date:  December 10, 2019               /s/Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Attorney for Debtor
                                        PA ID No. 91197
                                        THOMPSON LAW GROUP, P.C.
                                        125 Warrendale Bayne Road, Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        bthompson@thompsonattorney.com