**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Todd R. Newcome**
   Debtor(s)

Bankruptcy Case No.: 16–10776–TPA

Chapter: 13
Docket No.: 145 – 144
Concil. Conf.: 1/14/20 at 11:00 AM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated December 10, 2019* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **January 2, 2020,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **1/14/20** at **11:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Dated: December 11, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10776-TPA
Todd R. Newcome                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson          Page 1 of 1          Date Rcvd: Dec 11, 2019
                              Form ID: 222        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db            +Todd R. Newcome,    108 Lois Lane,    Punxsutawney, PA 15767-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC, as Servicer
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
                                                                                             TOTAL: 12