IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: | |
| TODD R. NEWCOME, | ) |
|         Debtor, | ) |
| PEOPLES GAS COMPANY LLC f/k/a PEOPLES TWP LLC, | ) BANKRUPTCY CASE NO. 16-10776-TPA ) |
|         Movant, | ) DOCKET NO. |
|         vs. | ) CHAPTER 13 |
| TODD R. NEWCOME and RONDA J. WINNECOUR, ESQUIRE, Trustee, | ) ) ) |
|         Respondents. | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
OF PEOPLES GAS COMPANY LLC F/K/A PEOPLES TWP LLC'S MOTION
ALLOWANCE OF ADMINISTRATIVE CLAIM AND TO REQUIRE
<u>PAYMENT OF ADMINISTRATIVE EXPENSE</u>**

TO THE DEBTOR AND ALL RESPONDENTS:

      You are hereby notified that the above Movant, Peoples Gas Company LLC f/k/a Peoples TWP LLC, seeks an Order affecting your rights or property.

      You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the attached Motion no later than **January 25, 2020**, (Seventeen (17) calendar days after the date of this Notice), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

      **You should take this paper to your lawyer at once.  He or she will explain exactly what is happening, what this means to you and what your options are**.

      If you file and serve your written response on time, a hearing will be held on **February 5, 2020 at 10:00 A.M.**  before <u>The Honorable Thomas P. Agresti</u> in Court Room C<u>, U.S. Bankruptcy Court, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.</u>  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk.  **Remember an order granting the relief sought may be entered and the hearing may not be held if you do not timely file a written response.**

<u>Date of service:  January 8, 2020</u>                Attorney for Movant

                                                <u>/s/S. James Wallace</u>
                                                 Pa. No. 28815
                                                 S. JAMES WALLACE, P.C.
                                                 845 N. Lincoln Avenue
                                                 Pittsburgh, PA 15233
                                                 412-652-9134
                                                 sjw@sjwpgh.com