IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: <br> TODD R. NEWCOME, <br>     Debtor, <br> PEOPLES GAS COMPANY LLC f/k/a <br> PEOPLES TWP LLC, <br>     Movant, <br> vs. <br> TODD R. NEWCOME and RONDA J. <br> WINNECOUR, ESQUIRE, Trustee, <br><br>     Respondents. | ) <br> ) <br> ) <br> ) BANKRUPTCY CASE NO. 16-10776-TPA <br> ) <br> ) DOCKET NO. <br> ) CHAPTER 13 <br> ) Related to Docket Nos. 148, 151 <br> ) <br> ) Hearing Date: 2/5/20 <br> ) Hearing Time: 10:00 AM |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served or caused to be served, a copy of the Motion for Allowance of Administrative Claim, and the Notice of Hearing on the said Motion on the parties at the addresses below, on 1/10/20, by U.S. regular mail:

Todd R. Newcome
108 Lois Lane
Punxsutawney, PA 15767

Brian C. Thompson, Esquire
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
Attorney for the Debtor

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center - Suite 970
1001 Liberty Avenue
Pittsburgh, Pa. 15222

Executed On: January 10, 2020

Attorney for Movant

S. JAMES WALLACE
a professional corporation

By:    /s S. James Wallace
Pa. No. 28815
S. JAMES WALLACE
a professional corporation
845 N. Lincoln Ave.
Pittsburgh, PA 15233
412-652-9134
sjw@sjwpgh.com