FILED
1/29/20 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| TODD R. NEWCOME, ) | |
| Debtor, ) | BANKRUPTCY CASE NO. 16-10776-TPA |
| PEOPLES GAS COMPANY LLC f/k/a ) | |
| PEOPLES TWP LLC, ) | DOCKET NO. |
| Movant, ) | CHAPTER 13 |
| vs. ) | |
| TODD R. NEWCOME and RONDA J. ) | RELATED TO DOCUMENT NO. 148 |
| WINNECOUR, ESQUIRE, Trustee, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

*AND NOW*, to-wit, this **29th** day of ***January 2020***, upon Motion of Peoples Gas Company LLC f/k/a Peoples TWP LLC, it is hereby ORDERED, ADJUDGED and DECREED that an administrative claim is hereby allowed in the amount of $991.00 to Peoples Gas on account number xxxxxxxx8277 for post petition service to 216 Dinsmore Avenue, Punxsutawney, PA 15767 with service ending December 8, 2019. This administrative claim shall be paid through the Chapter 13 Plan.

BY THE COURT:

*[signature]*
vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd R. Newcome
    Debtor

Case No. 16-10776-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Jan 29, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
db          +Todd R. Newcome,    108 Lois Lane,    Punxsutawney, PA 15767-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:
       Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
       Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
       Gary V. Skiba    on behalf of Creditor Daniel Reitz gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com
       Gary V. Skiba    on behalf of Creditor Kelly Reitz gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC, as Servicer bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com
       S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                            TOTAL: 13