Case 16-10776-TPA    Doc 158    Filed 02/06/20    Entered 02/06/20 13:31:58    Desc
Proceeding Memo    Page 1 of 1

FILED
2/6/20 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10776-TPA |
| Todd R. Newcome | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 2/5/2020 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**MATTER:** #144 Contested Amended Plan dated 12/10/19

**APPEARANCES:**
Debtor: Brian C. Thompson (video)
Trustee: Owen Katz

**NOTES:**

Thompson: Would need to review Trustee's calculation with client.

Katz: Plan to be increased beginning this month.

**OUTCOME:** Continued to conciliation on 3/10/20 at 10am

/vas