**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd R. Newcome**
Debtor(s)

Bankruptcy Case No.: 16–10776–TPA
Per March 10, 2020 Proceeding
Chapter: 13
Docket No.: 162 – 144
Concil. Conf.: 1/14/20 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 10, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,884.00 as of March, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 1/14/20 at 11:00 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Americredit Financial Services (Claim No. 3) as LTCD .

☑ H. Additional Terms: 1) Fee Application needed if fees (including retainer) exceed $4,000.00 including any fees paid to prior Counsel.
2) Attorney fees paid per Order entered November 27, 2019 at Document No. 141. Additional fees of $2,500.00 subject to fee application.
3) No further payments to following secured/priority part of following claims because of: Surrender of property, or removal from Plan. All prior payments ratified and confirmed: TW Phillips Gas and Oil (removed from Plan); Jefferson Tax Claim Bureau (surrender of lien

property) and Peoples Gas (paid in full as provided for in Order dated January 29, 2020 at Document No. 155).

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: March 18, 2020

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                          Case No. 16-10776-TPA
Todd R. Newcome                                                                 Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-1         User: vson                   Page 1 of 3          Date Rcvd: Mar 18, 2020
                             Form ID: 149                 Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Todd R. Newcome,   108 Lois Lane,    Punxsutawney, PA 15767-1201
cr             +Daniel Reitz,   45 Calvary Lane,    Punxsutawney, PA 15767-7932
r              +Don Powell,   Powell & Associates Real Estate, LLC,   200 East Mahoning Street,
                 Punxsutawney, PA 15767-2045
cr             +Kelly Reitz,   45 Calvary Lane,    Punxsutawney, PA 15767-7932
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,   c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,   Pittsburgh, PA 15233-1828
cr             +Peoples TWP LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14274155       +Best Buy Credit Services,   PO Box 183195,    Columbus, OH 43218-3195
14274162       +CRW Home Center, Inc.,   313 Martha Street,    Punxsutawney, PA 15767-1821
14345373        Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14352177       +Cavalry Spv I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14274157       +Chase Card Services-Disney,   PO Box 1423,   Charlotte, NC 28201-1423
14274158       +Citi Cards/Bon Ton,   PO Box 6241,   Sioux Falls, SD 57117-6241
14332294      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
14274163       +Dan & Kelly Reitz,   45 Calvary Lane,   Punxsutawney, PA 15767-7932
14351273       +Hyundai Capital America DBA,   Kia Motors Finance,   PO Box 20825,
                 Fountain Valley, CA 92728-0825
14274166       +Indiana Regional Medical Center,   PO Box 788,   Indiana, PA 15701-0788
14361400        Jefferson County Tax Claim Bureau,   200 Main Street Court House,   Brookville, PA 15825
14274168       +KIA Motor Finance,   PO Box 20815,   Fountain Valley, CA 92728-0815
14274170       +Liberty Mutual Group,   7000 Stonewood Drive Suite 100,   Wexford, PA 15090-7376
14345131      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas TX 75261-9741)
14274174       +Penn Highlands DuBois,   PO Box 447,   Du Bois, PA 15801-0447
14274175       +Peoples Gas,   PO Box 747105,   Pittsburgh, PA 15274-7105
14335570       +Peoples TWP LLC,   c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14274176       +Plain Green Loans,   PO Box 42560,   Philadelphia, PA 19101-2560
14274177       +Punxatawny Area Hospital,   81 Hillcrest Drive,   Punxsutawney, PA 15767-2616
14274178       +S&T Bank,   PO Box 190,   Indiana, PA 15701-0190
14277250        Sterling Jewelers Inc.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
                 Rochester, MI 48308-0730
14274180       +Susan L. Mitchell,   301 E. Mahoning Street,   Suite 3,   Punxsutawney, PA 15767-2142
14274182       +The SOS Group,   Collection Agency,   PO Box 16211,   Cleveland, OH 44116-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:42:14
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr               E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2020 04:43:32
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14292528        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 19 2020 04:46:19
                 AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
14274156         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:41:13    Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
14294828         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:41:13
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14344558        +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 04:47:56    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14274159        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:46:24    Comenity - Gander Mtn,
                 PO Box 659569,   San Antonio, TX 78265-9569
14274160        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:46:24    Comenity- Peebles,
                 PO Box 659465,   San Antonio, TX 78265-9465
14274161        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 19 2020 04:48:38
                 Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14274164         E-mail/PDF: DellBKNotifications@resurgent.com Mar 19 2020 04:41:25    Dell Preferred Account,
                 Payment Processing Center,   PO Box 6403,   Carol Stream, IL 60197
14274165        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 19 2020 04:46:19    GM Financial,
                 PO Box 183834,   Arlington, TX 76096-3834
14274167        +E-mail/Text: BKRMailOPS@weltman.com Mar 19 2020 04:46:22    Kay Jewelers,   PO Box 740425,
                 Cincinnati, OH 45274-0425
14274169        +E-mail/Text: bncnotices@becket-lee.com Mar 19 2020 04:46:06    Kohls/Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
14274171        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:43:05    Lowe's/Synchrony Bank,
                 PO Box 960010,   Orlando, FL 32896-0010
14311098        +E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:41:04    ONEMAIN,   605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
```

```
District/off: 0315-1            User: vson                  Page 2 of 3              Date Rcvd: Mar 18, 2020
                                Form ID: 149                Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14274173        +E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:41:04      OneMain Financial,
                 PO Box 9001122,    Louisville, KY 40290-1122
14305245         E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:43:02      OneMain Financial,
                 P.O. Box 3251,    Evansville, IN. 47731-3251
14520057         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:41:18
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14351621         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:42:17
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14301638         E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:46:37
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14278267         E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2020 04:41:20
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14274179         E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:41:59      Springleaf,    PO Box 742536,
                 Cincinnati, OH 45274
14282696        +E-mail/Text: ecf@buckleyking.com Mar 19 2020 04:46:00
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
14274181        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:43:05      Synchrony Bank-LensCrafters,
                 PO Box 960061,    Orlando, FL 32896-0061
14274183        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:43:04      Walmart Mastercard/Syncb,
                 PO Box 960024,    Orlando, FL 32896-0024
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
14691667*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14274172      ##+Northwest Consumer Discount Company,    107 East Mahoning Street,    PO Box 456,
                 Punxsutawney, PA 15767-0456
                                                                                     TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
              Gary V. Skiba    on behalf of Creditor Kelly  Reitz gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Creditor Daniel  Reitz gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC, as Servicer
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
```

```
District/off: 0315-1              User: vson                    Page 3 of 3                   Date Rcvd: Mar 18, 2020
                                  Form ID: 149                  Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
           rshearer@ecf.axosfs.com;rspclaw@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com
                                                                                   TOTAL: 13