**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/27/2021

IN RE:

TODD R NEWCOME
108 LOIS LANE
PUNXSUTAWNY, PA 15767
XXX-XX-5122          Debtor(s)

Case No. 16-10776 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/27/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL 33131-1605 | Trustee Claim Number: 1  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: AMAZON/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: 7834/PRAE |
| **ALDRIDGE PITE LLP** 4375 JUTLAND DR STE 200 PO BOX 17933 SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 2  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NATIONSTAR MORT/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **DANIEL AND KELLY REITZ** 45 CALVARY LN PUNXSUTAWNEY, PA 15767 | Trustee Claim Number: 3  INT %: 3.50% Court Claim Number: 16-2 CLAIM: 18,132.48 COMMENT: RS/OE*SURR/PL*133612/CL*AMD*DK*W/52 | CRED DESC: MORTGAGE PAID IN FULL ACCOUNT NO.: 5122 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN** PO BOX 183853 ARLINGTON, TX 76096 | Trustee Claim Number: 4  INT %: 0.00% Court Claim Number: 3 CLAIM: 0.00 COMMENT: CL3GOV@LTCD*47125.66@4%/PL@PIF*799.73X60+2=LMT*SOME $$ PD DIRECTLY! | CRED DESC: VEHICLE ACCOUNT NO.: 9490 |
| **JEFFERSON COUNTY TAX CLAIM BUREAU** COURTHOUSE 200 MAIN ST BROOKVILLE, PA 15825 | Trustee Claim Number: 5  INT %: 0.00% Court Claim Number: 26 CLAIM: 0.00 COMMENT: MAP 23-001-0611*RS/OE*SURR/PL~2015*WNTS 9%*FLD AFT BAR*W/50*3339.40/CL | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 0611 |
| **HYUNDAI CAPITAL AMERICA D/B/A KIA MOTORS** PO BOX 20825 FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number: 6  INT %: 4.00% Court Claim Number: 23 CLAIM: 1,270.72 COMMENT: SURR/PL*18177.99/CL*DTR WIFE ONLY | CRED DESC: VEHICLE ACCOUNT NO.: 6083 |
| **SUSAN MITCHELL** 301 E MAHONING ST STE 3 PUNXSUTAWNEY, PA 15767 | Trustee Claim Number: 7  INT %: 0.00% Court Claim Number: NC CLAIM: 0.00 COMMENT: RS/OE*RMVD/AMD PL | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 0611 |
| **SUSAN MITCHELL** 301 E MAHONING ST STE 3 PUNXSUTAWNEY, PA 15767 | Trustee Claim Number: 8  INT %: 0.00% Court Claim Number: NC CLAIM: 0.00 COMMENT: RS/OE*RMVD/AMD PL | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 0611 |
| **PA SCDU*** PO BOX 69110 HARRISBURG, PA 17106-9110 | Trustee Claim Number: 9  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: RMVD/AMD PL*ND DSO INFO/SCH*DK | CRED DESC: SUPPORT/ALIMONY ARR. ACCOUNT NO.: 9374 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00% Court Claim Number: 24 CLAIM: 4,028.50 COMMENT: BEST BUY~CITIBANK*LORI NEWCOME | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0823 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 3,453.56<br>COMMENT: LORI A NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5579 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 2,097.74<br>COMMENT: TODD R NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9482 |
| **CAVALRY SPV I LLC - ASSIGNEE\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 297.76<br>COMMENT: CAPITAL ONE NA*ORIG X6720*TODD NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3741 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISNEY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9279 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BON TON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5122 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 3,554.26<br>COMMENT: GANDER MOUNTAIN MC*LORI NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4664 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,163.82<br>COMMENT: PEEBLES*TODD NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2762 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,152.23<br>COMMENT: PEEBLES*LORI NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1245 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LIBERTY MUTUAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7559 |
| **CRW HOME CNTR INC**<br>131 MARTHA ST<br>PUNXSUTAWNEY, PA 15767 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0400 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DFS ACCEPTANCE**<br>DELL PMT PROCESSING CTR<br>POB 6403<br>CAROL STREAM, IL 60197-6403 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 985 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 160.97<br>COMMENT: TODD NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7732 |
| **STERLING JEWELERS INC D/B/A KAY JEWELER**<br>C/O BUCKLEY KING LPA<br>600 SUPERIOR AVE EAST STE 1400<br>CLEVELAND, OH 44114 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: SURR/PL*415.77CL*UNS/SCH*WNTS 5.25% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2285 |
| **STERLING JEWELERS D/B/A KAY JEWELERS++**<br>C/O FIVE LAKES AGENCY INC<br>PO BOX 80730<br>ROCHESTER, MI 48308-0730 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: SURR/PL*8358.03CL*UNS/SCH*WNTS 24.99% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5446 |
| **CAPITAL ONE NA***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 2,528.70<br>COMMENT: KOHLS*LORI NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9653 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH*DTR WIFE ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5122 |
| **NORTHWEST CONSUMER DISCOUNT CO***<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,830.24<br>COMMENT: 0585/SCH*INSUFF POD~rqstd | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2058 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 11,072.64<br>COMMENT: FR ONEMAIN-DOC 90*2015 LOAN*TODD NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9941 |
| **PENN HIGHLANDS DUBOIS++**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2156 |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 4,100.67<br>COMMENT: TODD NEWCOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0046 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PLAIN GREEN LOANS LLC*** <br> ATTN CUSTOMER SERVICE <br> PO BOX 42560 <br> PHILADELPHIA, PA 19101 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5122 |
| **PUNXSUTAWNEY AREA HOSPITAL** <br> 81 HILLCREST DR <br> PUNXSUTAWNEY, PA 15767 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3093 |
| **S & T BANK(*)** <br> ATTN COLLECTIONS - RECOVERY <br> 355 NORTH 5TH ST <br> INDIANA, PA 15801 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5185 |
| **SPRINGLEAF(*)** <br> PO BOX 3251 <br> EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7412 |
| **SYNCHRONY BANK++** <br> C/O RECOVERY MANAGEMENT SYSTEMS CORP <br> 25 SE 2ND AVE STE 1120 <br> MIAMI, FL 33131-1605 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~LENS CRAFTERS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4578 |
| **SYNCHRONY BANK++** <br> C/O RECOVERY MANAGEMENT SYSTEMS CORP <br> 25 SE 2ND AVE STE 1120 <br> MIAMI, FL 33131-1605 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~WALMART/SCH*DTR WIFE ONLY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4858 |
| **LIBERTY MUTUAL, INC.** <br> 1811 GOLDEN MILE HIGHWAY <br> PLUM BORO, PA 15239 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **THE SOS GROUP** <br> PO BOX 16211 <br> CLEVELAND, OH 44116 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 12 | CLAIM: 113.72 <br> COMMENT: NT/SCH*BONTON~COMENITY*TODD NEWCOME | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7239 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: 10 | CLAIM: 1,302.83 <br> COMMENT: NT/SCH*VALUE CITY FURNITURE*LORI POPP | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6379 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account No. | Claim / Comment |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0460 | CLAIM: 4,785.94<br>COMMENT: ACCT NT/SCH*FR ONEMAIN FNNCL~DOC 72*2015 DEBT*TODD NEWCOME |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9223 | CLAIM: 128.29<br>COMMENT: NEW YORK & CO*ACCT NT/SCH*LORI NEWCOME |
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE |
| **DSO Receipient** | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: N ID 234795 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC 29603-0390 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4985 | CLAIM: 3,065.44<br>COMMENT: NT/SCH*TODD NEWCOME |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6609 | CLAIM: 466.11<br>COMMENT: SYNCHRONY~LENSCRAFTERS*ACCT NT/SCH*LORI NEWCOME |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5968 | CLAIM: 1,858.34<br>COMMENT: SYNCHRONY~HH GREGG*ACCT NT/SCH*LORI NEWCOME |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:3 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9490 | CLAIM: 1,578.92<br>COMMENT: CL3GOV@LTCD*PIF/PL*ARRS |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:21 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 0431 | CLAIM: 83,739.45<br>COMMENT: NT/SCH-PL*DEFECTIVE~MTG CHRIS~LORI POPP*CL=83739.45*needs obj or amd pl |
| **JEFFERSON COUNTY TAX CLAIM BUREAU**<br>COURTHOUSE<br>200 MAIN ST<br>BROOKVILLE, PA 15825 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0611 | CLAIM: 0.00<br>COMMENT: MAP 23-001-0611*RS/OE*SURR/PL*2016/CL*WNTS 9%*FLD AFT BAR*W/5*3085.39/C |

| CLAIM RECORDS | | |
|---|---|---|
| **TW PHILLIPS GAS & OIL\*\*** <br> C/O PEOPLES TWP LLC\* <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  9,145.00 <br> COMMENT:  PMTS PROPER/CONF\*RMVD/AMD PL | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  5122 |
| **DANIEL AND KELLY REITZ** <br> 45 CALVARY LN <br><br> PUNXSUTAWNEY, PA  15767 | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number:16-2 <br><br> CLAIM:  14,267.03 <br> COMMENT:  RS/OE\*SURR/PL\*PMT/AMD PL ~ AP PMT/JSP\*BGN 11/17\*W/3\*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  5122 |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC\*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:53  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  991.00 <br> COMMENT:  $/OE\*DK | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  8277 |

Case 16-10776-TPA    Doc 169    Filed 07/27/21    Entered 07/27/21 15:42:33    Desc
Page 8 of 8