# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

08/04/2021

IN RE:

TODD R NEWCOME                                    Case No.16-10776 TPA
108 LOIS LANE
PUNXSUTAWNY, PA 15767                             Chapter 13
XXX-XX-5122        Debtor(s)

---

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/4/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: 7834/PRAE |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  AMAZON/PRAE | |

---

| | | |
|---|---|---|
| **ALDRIDGE PITE LLP** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 4375 JUTLAND DR STE 200 | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 17933 | | |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92177-0933 | COMMENT:  NATIONSTAR MORT/PRAE | |

---

| | | |
|---|---|---|
| **DANIEL AND KELLY REITZ** | Trustee Claim Number:3  INT %: 3.50% | CRED DESC:  MORTGAGE PAID IN FULL |
| 45 CALVARY LN | Court Claim Number:16-2 | ACCOUNT NO.:  5122 |
| | CLAIM:  18,132.48 | |
| PUNXSUTAWNEY, PA  15767 | COMMENT:  RS/OE*SURR/PL*133612/CL*AMD*DK*W/52 | |

---

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  VEHICLE |
| PO BOX 183853 | Court Claim Number:3 | ACCOUNT NO.:  9490 |
| | CLAIM:  0.00 | |
| ARLINGTON, TX  76096 | COMMENT:  CL3GOV@LTCD*47125.66@4%/PL@PIF*799.73X60+2=LMT*SOME $3385.52 PD DIRE | |

---

| | | |
|---|---|---|
| **JEFFERSON COUNTY TAX CLAIM BUREAU** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| COURTHOUSE | Court Claim Number:26 | ACCOUNT NO.:  0611 |
| 200 MAIN ST | | |
| | CLAIM:  0.00 | |
| BROOKVILLE, PA  15825 | COMMENT:  MAP 23-001-0611*RS/OE*SURR/PL~2015*WNTS 9%*FLD AFT BAR*W/50*3339.40/CL | |

---

| | | |
|---|---|---|
| **HYUNDAI CAPITAL AMERICA D/B/A KIA MOTORS** | Trustee Claim Number:6  INT %: 4.00% | CRED DESC:  VEHICLE |
| PO BOX 20825 | Court Claim Number:23 | ACCOUNT NO.:  6083 |
| | CLAIM:  1,270.72 | |
| FOUNTAIN VALLEY, CA  92728 | COMMENT:  SURR/PL*18177.99/CL*DTR WIFE ONLY | |

---

| | | |
|---|---|---|
| **SUSAN MITCHELL** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 301 E MAHONING ST STE 3 | Court Claim Number:NC | ACCOUNT NO.:  0611 |
| | CLAIM:  0.00 | |
| PUNXSUTAWNEY, PA  15767 | COMMENT:  RS/OE*RMVD/AMD PL | |

---

| | | |
|---|---|---|
| **SUSAN MITCHELL** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 301 E MAHONING ST STE 3 | Court Claim Number:NC | ACCOUNT NO.:  0611 |
| | CLAIM:  0.00 | |
| PUNXSUTAWNEY, PA  15767 | COMMENT:  RS/OE*RMVD/AMD PL | |

---

| | | |
|---|---|---|
| **PA SCDU*** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  SUPPORT/ALIMONY ARR. |
| PO BOX 69110 | Court Claim Number: | ACCOUNT NO.:  9374 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-9110 | COMMENT:  RMVD/AMD PL*ND DSO INFO/SCH*DK | |

---

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:24 | ACCOUNT NO.:  0823 |
| | CLAIM:  4,028.50 | |
| NORFOLK, VA  23541 | COMMENT:  BEST BUY~CITIBANK*LORI NEWCOME | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.: 5579 |
| | CLAIM: 3,453.56 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: LORI A NEWCOME | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:5 | ACCOUNT NO.: 9482 |
| | CLAIM: 2,097.74 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: TODD R NEWCOME | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE\*\*** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BASS & ASSOCIATES PC | Court Claim Number:25 | ACCOUNT NO.: 3741 |
| 3936 E FT LOWELL RD STE #200 | | |
| | CLAIM: 297.76 | |
| TUSCON, AZ 85715 | COMMENT: CAPITAL ONE NA\*ORIG X6720\*TODD NEWCOME | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 9279 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR~DISNEY/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA(\*)++** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 5122 |
| | CLAIM: 0.00 | |
| URBANDALE, IA 50323 | COMMENT: BON TON/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:7 | ACCOUNT NO.: 4664 |
| | CLAIM: 3,554.26 | |
| KIRKLAND, WA 98083-0788 | COMMENT: GANDER MOUNTAIN MC\*LORI NEWCOME | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:9 | ACCOUNT NO.: 2762 |
| | CLAIM: 1,163.82 | |
| KIRKLAND, WA 98083-0788 | COMMENT: PEEBLES\*TODD NEWCOME | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:11 | ACCOUNT NO.: 1245 |
| | CLAIM: 1,152.23 | |
| KIRKLAND, WA 98083-0788 | COMMENT: PEEBLES\*LORI NEWCOME | |

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICES** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 725 CANTON ST | Court Claim Number: | ACCOUNT NO.: 7559 |
| | CLAIM: 0.00 | |
| NORWOOD, MA 02062 | COMMENT: LIBERTY MUTUAL/SCH | |

| | | |
|---|---|---|
| **CRW HOME CNTR INC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 131 MARTHA ST | Court Claim Number: | ACCOUNT NO.: 0400 |
| | CLAIM: 0.00 | |
| PUNXSUTAWNEY, PA 15767 | COMMENT: | |

**CLAIM RECORDS**

| DFS ACCEPTANCE | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| DELL PMT PROCESSING CTR | Court Claim Number: | ACCOUNT NO.: 985 |
| POB 6403 | | |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197-6403 | COMMENT: | |

| INDIANA REGIONAL MEDICAL CNTR | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 835 HOSPITAL RD | Court Claim Number:13 | ACCOUNT NO.: 7732 |
| POB 788 | | |
| | CLAIM: 160.97 | |
| INDIANA, PA 15701 | COMMENT: TODD NEWCOME | |

| STERLING JEWELERS INC D/B/A KAY JEWELER | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O BUCKLEY KING LPA | Court Claim Number:2 | ACCOUNT NO.: 2285 |
| 600 SUPERIOR AVE EAST STE 1400 | | |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44114 | COMMENT: SURR/PL*415.77CL*UNS/SCH*WNTS 5.25% | |

| STERLING JEWELERS D/B/A KAY JEWELERS++ | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O FIVE LAKES AGENCY INC | Court Claim Number:1 | ACCOUNT NO.: 5446 |
| PO BOX 80730 | | |
| | CLAIM: 0.00 | |
| ROCHESTER, MI 48308-0730 | COMMENT: SURR/PL*8358.03CL*UNS/SCH*WNTS 24.99% | |

| CAPITAL ONE NA** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O BECKET & LEE LLP | Court Claim Number:22 | ACCOUNT NO.: 9653 |
| PO BOX 3001 | | |
| | CLAIM: 2,528.70 | |
| MALVERN, PA 19355-0701 | COMMENT: KOHLS*LORI NEWCOME | |

| SYNCHRONY BANK++ | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: 5122 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM: 0.00 | |
| MIAMI, FL 33131-1605 | COMMENT: NT ADR~LOWES/SCH*DTR WIFE ONLY | |

| NORTHWEST BANK ASSGNEE NORTHWEST CD | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 337 | Court Claim Number:4-2 | ACCOUNT NO.: 7132 |
| | CLAIM: 4,550.80 | |
| WARREN, PA 16365 | COMMENT: 0585/SCH*AMD*TODD NEWCOME | |

| PRA RECEIVABLES MANAGEMENT LLC - AGNT | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:14 | ACCOUNT NO.: 9941 |
| | CLAIM: 11,072.64 | |
| NORFOLK, VA 23541 | COMMENT: FR ONEMAIN-DOC 90*2015 LOAN*TODD NEWCOME | |

| PENN HIGHLANDS DUBOIS++ | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1605 NORTH CEDAR CREST BLVD | Court Claim Number: | ACCOUNT NO.: 2156 |
| STE 110B | | |
| | CLAIM: 0.00 | |
| ALLENTOWN, PA 18104 | COMMENT: NT ADR/SCH | |

| PEOPLES GAS LLC F/K/A PEOPLES TWP LLC* | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:18 | ACCOUNT NO.: 0046 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 4,100.67 | |
| PITTSBURGH, PA 15212 | COMMENT: TODD NEWCOME | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PLAIN GREEN LOANS LLC\*** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN CUSTOMER SERVICE | Court Claim Number: | ACCOUNT NO.:  5122 |
| PO BOX 42560 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19101 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PUNXSUTAWNEY AREA HOSPITAL** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 81 HILLCREST DR | Court Claim Number: | ACCOUNT NO.:  3093 |
| | CLAIM:  0.00 | |
| PUNXSUTAWNEY, PA  15767 | COMMENT: | |

| | | |
|---|---|---|
| **S & T BANK(\*)** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN COLLECTIONS - RECOVERY | Court Claim Number: | ACCOUNT NO.:  5185 |
| 355 NORTH 5TH ST | | |
| | CLAIM:  0.00 | |
| INDIANA, PA  15801 | COMMENT: | |

| | | |
|---|---|---|
| **SPRINGLEAF(\*)** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.:  7412 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.:  4578 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  NT ADR~LENS CRAFTERS/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.:  4858 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  NT ADR~WALMART/SCH\*DTR WIFE ONLY | |

| | | |
|---|---|---|
| **LIBERTY MUTUAL, INC.** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 1811 GOLDEN MILE HIGHWAY | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PLUM BORO, PA  15239 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **THE SOS GROUP** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 16211 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44116 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:12 | ACCOUNT NO.:  7239 |
| | CLAIM:  113.72 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NT/SCH\*BONTON~COMENITY\*TODD NEWCOME | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:10 | ACCOUNT NO.:  6379 |
| | CLAIM:  1,302.83 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NT/SCH\*VALUE CITY FURNITURE\*LORI POPP | |

**CLAIM RECORDS**

---

| PRA RECEIVABLES MANAGEMENT LLC - AGNT | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:8 | ACCOUNT NO.: 0460 |
| | CLAIM: 4,785.94 | |
| NORFOLK, VA 23541 | COMMENT: ACCT NT/SCH*FR ONEMAIN FNNCL~DOC 72*2015 DEBT*TODD NEWCOME | |

---

| QUANTUM3 GROUP LLC AGNT - COMENITY BAN | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:15 | ACCOUNT NO.: 9223 |
| | CLAIM: 128.29 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NEW YORK & CO*ACCT NT/SCH*LORI NEWCOME | |

---

| JOSHUA I GOLDMAN ESQ | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: NATIONSTAR MORT/PRAE | |

---

| DSO Receipient | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY CONT. |
|---|---|---|
| | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| | COMMENT: N ID 234795 | |

---

| DELL FINANCIAL SERVICES LLC | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAP SVCS | Court Claim Number:17 | ACCOUNT NO.: 4985 |
| POB 10390 | | |
| | CLAIM: 3,065.44 | |
| GREENVILLE, SC 29603-0390 | COMMENT: NT/SCH*TODD NEWCOME | |

---

| CAVALRY SPV I LLC - ASSIGNEE(*) | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:19 | ACCOUNT NO.: 6609 |
| PO BOX 27288 | | |
| | CLAIM: 466.11 | |
| TEMPE, AZ 85282 | COMMENT: SYNCHRONY~LENSCRAFTERS*ACCT NT/SCH*LORI NEWCOME | |

---

| CAVALRY SPV I LLC - ASSIGNEE(*) | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:20 | ACCOUNT NO.: 5968 |
| PO BOX 27288 | | |
| | CLAIM: 1,858.34 | |
| TEMPE, AZ 85282 | COMMENT: SYNCHRONY~HH GREGG*ACCT NT/SCH*LORI NEWCOME | |

---

| AMERICREDIT FINANCIAL SVCS INC DBA GM FII | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: VEHICLE |
|---|---|---|
| PO BOX 183853 | Court Claim Number:3 | ACCOUNT NO.: 9490 |
| | CLAIM: 1,578.92 | |
| ARLINGTON, TX 76096 | COMMENT: CL3GOV@LTCD*PIF/PL*ARRS | |

---

| NATIONSTAR MORTGAGE LLC(*) | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: MORTGAGE PAID IN FULL |
|---|---|---|
| PO BOX 619094 | Court Claim Number:21 | ACCOUNT NO.: 0431 |
| | CLAIM: 83,739.45 | |
| DALLAS, TX 75261-9741 | COMMENT: NT/SCH-PL*DEFECTIVE~MTG CHRIS~LORI POPP*CL=83739.45*needs obj or amd pl | |

---

| JEFFERSON COUNTY TAX CLAIM BUREAU | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| COURTHOUSE | Court Claim Number:26 | ACCOUNT NO.: 0611 |
| 200 MAIN ST | | |
| | CLAIM: 0.00 | |
| BROOKVILLE, PA 15825 | COMMENT: MAP 23-001-0611*RS/OE*SURR/PL*2016/CL*WNTS 9%*FLD AFT BAR*W/5*3085.39/C | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TW PHILLIPS GAS & OIL\*\*** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O PEOPLES TWP LLC\* | Court Claim Number: | ACCOUNT NO.:  5122 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  9,145.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMTS PROPER/CONF\*RMVD/AMD PL | |

| | | |
|---|---|---|
| **DANIEL AND KELLY REITZ** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 45 CALVARY LN | Court Claim Number:16-2 | ACCOUNT NO.:  5122 |
| | CLAIM:  14,267.03 | |
| PUNXSUTAWNEY, PA  15767 | COMMENT:  RS/OE\*SURR/PL\*PMT/AMD PL ~ AP PMT/JSP\*BGN 11/17\*W/3\*DK | |

| | | |
|---|---|---|
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC\*** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  8277 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  991.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  $/OE\*DK | |