IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd R. Newcome, | : | Bankruptcy Case No.: 16-10776-TPA |
| Debtor. | : | Chapter 13 |
| Todd R. Newcome, | : | Document No.: |
| Movant, | : | Related to Document No.: 183 |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On ___August 30, 2021___ at docket numbers __183__, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtor: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: August 30, 2021         /s/ Todd R. Newcome
                               Todd R. Newcome, Debtor

                               Respectfully submitted,

Dated: August 30, 2021         /s/Brian C. Thompson
                               Brian C. Thompson, Esquire
                               PA ID: 91197
                               Thompson Law Group, P.C.
                               125 Warrendale Bayne Road, Suite 200
                               Warrendale, PA 15086
                               (724) 799-8404 Telephone
                               bthompson@thompsonattorney.com