IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Todd R. Newcome | : | Case No. 16-10776-TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #177 |
| Movant(s) | : | |
| | : | Related to Claim #7, 10, 11 |
| vs. | : | and 15 |
| Quantum3 Group LLC | : | |
| | : | Hearing Date:  10/13/21 |
| Respondent(s) | : | at 10:00 a.m. |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO. 7, 10, 11 AND 15

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on August 6, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than September 7, 2021.

9/8/2021                     /s/ Katherine DeSimone
                             Katherine DeSimone (PA I.D. #42575)
                             Attorney for the Chapter 13 Trustee
                             U.S. Steel Tower – Suite 3250
                             600 Grant Street
                             Pittsburgh, PA  15219
                             (412) 471-5566
                             kdesimone@chapter13trusteewdpa.com