**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-10776-TPA |
| | ) | |
| Todd R. Newcome, | ) | Chapter 13 |
| | ) | |
|       Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
|       Applicant, | ) | **Hearing date and time:** |
| vs. | ) | October 13, 2021, at 11:00 A.M. |
| | ) | |
|       No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Todd R. Newcome.

2. This is an interim application for the period November 5, 2019 through September 8, 2021.

3. Previous retainer paid to Applicant: $1,000.00.

4. Previous interim compensation allowed to Applicant: $13,844.90

5. Applicant requests additional:
   Compensation of $4,250.00
   Reimbursement of Expenses of $42.85

6. A Zoom Video Conference Hearing will be held on <u>October 13, 2021, at 11:00 A.M.</u> before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 160 2130 3488 For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date..

7. Any written objections must be filed with the court and served on Applicant on or before

September 25, 2021, fourteen (14) days from the date of this notice plus and additional three days if served by mail. Copies of the application are available from the applicant.

Dated: September 8, 2021              /s/Brian C. Thompson
                                                             Brian C. Thompson, Esquire
                                                             PA ID No. 91197
                                                             THOMPSON LAW GROUP, P.C.
                                                             125 Warrendale-Bayne Road, Suite 200
                                                             Warrendale, PA 15086
                                                             (724) 799-8404
                                                             bthompson@thompsonattorney.com