FILED
9/9/21 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Todd R. Newcome | : | Case No. 16-10776-TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Claim #21 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Nationstar Mortgage, LLC | : | |
| | : | Related Document No. 171 |
| Respondent(s) | : | |

ORDER

AND NOW, this 9th day of September, 2021 after consideration, it is ORDERED that Claim 21 filed by Nationstar Mortgage, LLC is disallowed with respect to the Debtor's continuing Chapter 13 case.

_____ asg
Thomas P. Agresti
United States Bankruptcy Judge