FILED
9/9/21 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Todd R. Newcome | : | Case No. 16-10776-TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Claim #6 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Capital One Bank (USA), N.A. | : | |
| | : | Related Document No. 181 |
| Respondent(s) | : | |

## **ORDER**

AND NOW, this 9th day of September, 2021 after consideration, it is ORDERED that Claim 6 filed by Capital One Bank (USA), N.A. is disallowed with respect to the Debtor's continuing Chapter 13 case.

_____ asg
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-10776-TPA
Todd R. Newcome  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: dpas  Page 1 of 2
Date Rcvd: Sep 09, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

**Recip ID    Recipient Name and Address**
db    + Todd R. Newcome, 108 Lois Lane, Punxsutawney, PA 15767-1201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Gary V. Skiba | on behalf of Creditor Daniel Reitz gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Kelly Reitz gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com

James Warmbrodt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC as Servicer bkgroup@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 14