# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Todd R. Newcome, | : | Bankruptcy Case No.: 16-10776-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: 210 |
| Applicant, | : | |
| | : | Related to Document No.: 191, 192 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | October 13, 2021 at 11:00 a.m. |
| Respondent. | ; | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 8, 2021 at Document No. 191 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 192, Objections were to be filed and served no later than September 25, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 191 be entered by the Court.

Date: <u>September 27, 2021</u>

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com