FILED
11/4/21 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10776-TPA |
| | : | | |
| Todd R. Newcome | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/3/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #213 Motion to Dismiss Case For First Debtor Only (Tee)
              #216 Resp. by Debtor

**APPEARANCES:**

Debtor: (Brian C. Thompson) Brent Lemon
Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:    Need $2,464.77 to meet the plan base.  Debtor to take over long term debt payments in November.

Lemon:        Short term disability insurance payments made to a creditor.  Working to get the payments to be credited.  The wage attachment is still remitting.

**OUTCOME:**    Continued to 12/1/21 at 10:30am    MOE

*[signature]*
asg