Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Todd R. Newcome** | : | Case No. 16−10776−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 226 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 2/9/22 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 23rd of November, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 226 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before January 7, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***February 9, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 16-10776-TPA
Todd R. Newcome                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: agro                        Page 1 of 4
Date Rcvd: Nov 23, 2021               Form ID: 300b              Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Todd R. Newcome, 108 Lois Lane, Punxsutawney, PA 15767-1201 |
| cr | + | Daniel Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| r | + | Don Powell, Powell & Associates Real Estate, LLC, 200 East Mahoning Street, Punxsutawney, PA 15767-2045 |
| cr | + | Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14274162 | + | CRW Home Center, Inc., 313 Martha Street, Punxsutawney, PA 15767-1821 |
| 14345373 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14352177 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14274158 | + | Citi Cards/Bon Ton, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14332294 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14274163 | + | Dan & Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| 14351273 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14274166 | + | Indiana Regional Medical Center, PO Box 788, Indiana, PA 15701-0788 |
| 14361400 | | Jefferson County Tax Claim Bureau, 200 Main Street Court House, Brookville, PA 15825 |
| 14274168 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14274170 | + | Liberty Mutual Group, 7000 Stonewood Drive Suite 100, Wexford, PA 15090-7376 |
| 14345131 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas TX 75261-9741 |
| 15400026 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14274174 | + | Penn Highlands DuBois, PO Box 447, Du Bois, PA 15801-0447 |
| 14274175 | + | Peoples Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14335570 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14274176 | + | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 14274177 | + | Punxatawny Area Hospital, 81 Hillcrest Drive, Punxsutawney, PA 15767-2616 |
| 14274178 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14277250 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14274180 | + | Susan L. Mitchell, 301 E. Mahoning Street, Suite 3, Punxsutawney, PA 15767-2142 |
| 14274182 | + | The SOS Group, Collection Agency, PO Box 16211, Cleveland, OH 44116-0211 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:44 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:56 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292528 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | AmeriCredit Financial Services, Inc. dba GM |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14274155 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:58 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14274156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14294828 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14344558 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2021 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14274159 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity - Gander Mtn, PO Box 659569, San Antonio, TX 78265-9569 |
| 14274160 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity- Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14274161 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2021 23:26:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14274164 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 23 2021 23:28:46 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 14274165 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14274157 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:28:52 | Chase Card Services-Disney, PO Box 1423, Charlotte, NC 28201 |
| 14274167 | + | Email/Text: BKRMailOPS@weltman.com | Nov 23 2021 23:26:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14274169 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2021 23:25:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14274171 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Lowe's/Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14311098 | + | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:50 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14274173 | + | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:50 | OneMain Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 14305245 | | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:29:02 | OneMain Financial, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 14520057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14351621 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14301638 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14278267 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:45 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14274179 | | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:40 | Springleaf, PO Box 742536, Cincinnati, OH 45274 |
| 14282696 | + | Email/Text: ecf@buckleyking.com | Nov 23 2021 23:25:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14274181 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Synchrony Bank-LensCrafters, PO Box 960061, Orlando, FL 32896-0061 |
| 14274183 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Walmart Mastercard/Syncb, PO Box 960024, Orlando, FL 32896-0024 |

Case 16-10776-TPA   Doc 228   Filed 11/25/21   Entered 11/26/21 00:29:27   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: agro | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 300b | Total Noticed: 55 |
| TOTAL: 27 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE, LLC |
| 14691667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14274172 | ##+ | Northwest Consumer Discount Company, 107 East Mahoning Street, PO Box 456, Punxsutawney, PA 15767-0456 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Gary V. Skiba | on behalf of Creditor Kelly Reitz gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | on behalf of Creditor Daniel Reitz gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC  as Servicer bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 4 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: 300b | Total Noticed: 55 |

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 14