**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TODD R NEWCOME<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-10776 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/12/2016 and confirmed on 10/25/16 . The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 130,168.52 |
| Less Refunds to Debtor | 869.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,298.98 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 17,137.75 | |
|     Trustee Fee | 6,024.54 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 23,162.29 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DANIEL AND KELLY REITZ | 14,267.03 | 14,267.03 | 0.00 | 14,267.03 |
|     Acct: 5122 | | | | |
|   JEFFERSON COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0611 | | | | |
|   SUSAN MITCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0611 | | | | |
|   SUSAN MITCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0611 | | | | |
|   STERLING JEWELERS INC D/B/A KAY JEW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2285 | | | | |
|   STERLING JEWELERS D/B/A KAY JEWELE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5446 | | | | |
|   JEFFERSON COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0611 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 46,997.47 | 0.00 | 46,997.47 |
|     Acct: 9490 | | | | |
|   HYUNDAI CAPITAL AMERICA D/B/A KIA M | 1,270.72 | 1,270.72 | 536.77 | 1,807.49 |
|     Acct: 6083 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 1,578.92 | 1,578.92 | 0.00 | 1,578.92 |
|     Acct: 9490 | | | | |
|   DANIEL AND KELLY REITZ | 18,132.48 | 18,132.48 | 4,857.74 | 22,990.22 |
|     Acct: 5122 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0431 | | | | |
| | | | | 87,641.13 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TODD R NEWCOME | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TODD R NEWCOME | 869.54 | 869.54 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THOMPSON LAW GROUP PC | 9,844.90 | 9,844.90 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6/19 | | | | |
| THOMPSON LAW GROUP PC | 4,292.85 | 4,292.85 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8/21 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9374 | | | | |
| TW PHILLIPS GAS & OIL** | 9,145.00 | 9,145.00 | 0.00 | 9,145.00 |
| Acct: 5122 | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP I | 991.00 | 991.00 | 0.00 | 991.00 |
| Acct: 8277 | | | | |
| | | | | 10,136.00 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0823 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5579 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,097.74 | 558.30 | 0.00 | 558.30 |
| Acct: 9482 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 297.76 | 79.25 | 0.00 | 79.25 |
| Acct: 3741 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9279 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5122 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4664 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,163.82 | 309.75 | 0.00 | 309.75 |
| Acct: 2762 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1245 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7559 | | | | |
| CRW HOME CNTR INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0400 | | | | |
| DFS ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 985 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 160.97 | 42.84 | 0.00 | 42.84 |
| Acct: 7732 | | | | |
| CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9653 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5122 | | | | |
| NORTHWEST BANK ASSGNEE NORTHWE | 4,550.80 | 1,211.19 | 0.00 | 1,211.19 |
| Acct: 7132 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 11,072.64 | 2,946.95 | 0.00 | 2,946.95 |
| Acct: 9941 | | | | |
| PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2156 | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP I | 4,100.67 | 1,091.38 | 0.00 | 1,091.38 |
| Acct: 0046 | | | | |
| PLAIN GREEN LOANS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5122 | | | | |
| PUNXSUTAWNEY AREA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3093 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5185 | | | | |
| SPRINGLEAF(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7412 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4578 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4858 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 113.72 | 30.27 | 0.00 | 30.27 |
| | Acct: 7239 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6379 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 4,785.94 | 1,273.77 | 0.00 | 1,273.77 |
| | Acct: 0460 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9223 | | | | |
| | DELL FINANCIAL SERVICES LLC | 3,065.44 | 815.86 | 0.00 | 815.86 |
| | Acct: 4985 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6609 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5968 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LIBERTY MUTUAL, INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THE SOS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 8,359.56 |

TOTAL PAID TO CREDITORS                                                     106,136.69

TOTAL CLAIMED
PRIORITY           10,136.00
SECURED            35,249.15
UNSECURED          31,409.50

Date: 11/22/2021                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TODD R NEWCOME

            Debtor(s)

    Ronda J. Winnecour
            Movant
            vs.
    No Repondents.

Case No.:16-10776 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10776-TPA |
| Todd R. Newcome | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd R. Newcome, 108 Lois Lane, Punxsutawney, PA 15767-1201 |
| cr | + | Daniel Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| r | + | Don Powell, Powell & Associates Real Estate, LLC, 200 East Mahoning Street, Punxsutawney, PA 15767-2045 |
| cr | + | Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14274162 | + | CRW Home Center, Inc., 313 Martha Street, Punxsutawney, PA 15767-1821 |
| 14345373 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14352177 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14274158 | + | Citi Cards/Bon Ton, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14332294 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14274163 | + | Dan & Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| 14351273 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14274166 | + | Indiana Regional Medical Center, PO Box 788, Indiana, PA 15701-0788 |
| 14361400 | | Jefferson County Tax Claim Bureau, 200 Main Street Court House, Brookville, PA 15825 |
| 14274168 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14274170 | + | Liberty Mutual Group, 7000 Stonewood Drive Suite 100, Wexford, PA 15090-7376 |
| 14345131 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas TX 75261-9741 |
| 15400026 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14274174 | + | Penn Highlands DuBois, PO Box 447, Du Bois, PA 15801-0447 |
| 14274175 | + | Peoples Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14335570 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14274176 | + | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 14274177 | + | Punxatawny Area Hospital, 81 Hillcrest Drive, Punxsutawney, PA 15767-2616 |
| 14274178 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14277250 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14274180 | + | Susan L. Mitchell, 301 E. Mahoning Street, Suite 3, Punxsutawney, PA 15767-2142 |
| 14274182 | + | The SOS Group, Collection Agency, PO Box 16211, Cleveland, OH 44116-0211 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:29:06 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:07 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292528 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | AmeriCredit Financial Services, Inc. dba GM |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14274155 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:58 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14274156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14294828 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14344558 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2021 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14274159 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity - Gander Mtn, PO Box 659569, San Antonio, TX 78265-9569 |
| 14274160 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity- Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14274161 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2021 23:26:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14274164 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 23 2021 23:28:46 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 14274165 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14274157 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:28:52 | Chase Card Services-Disney, PO Box 1423, Charlotte, NC 28201 |
| 14274167 | + | Email/Text: BKRMailOPS@weltman.com | Nov 23 2021 23:26:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14274169 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2021 23:25:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14274171 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:50 | Lowe's/Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14311098 | + | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:29:02 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14274173 | + | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:41 | OneMain Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 14305245 | | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:29:02 | OneMain Financial, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 14520057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:29:06 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14351621 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14301638 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14278267 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:07 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14274179 | | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:50 | Springleaf, PO Box 742536, Cincinnati, OH 45274 |
| 14282696 | + | Email/Text: ecf@buckleyking.com | Nov 23 2021 23:25:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14274181 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Synchrony Bank-LensCrafters, PO Box 960061, Orlando, FL 32896-0061 |
| 14274183 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Walmart Mastercard/Syncb, PO Box 960024, Orlando, FL 32896-0024 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE, LLC |
| 14691667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14274172 | ##+ | Northwest Consumer Discount Company, 107 East Mahoning Street, PO Box 456, Punxsutawney, PA 15767-0456 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Gary V. Skiba | on behalf of Creditor Kelly Reitz gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | on behalf of Creditor Daniel Reitz gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC  as Servicer bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 4 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 55 |

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 14