**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Todd R. Newcome** | Social Security number or ITIN   xxx–xx–5122 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    16–10776–TPA

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Todd R. Newcome

2/1/22

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 16-10776-TPA

Todd R. Newcome                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                    User: auto                                                   Page 1 of 4

Date Rcvd: Feb 01, 2022                          Form ID: 3180W                                     Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd R. Newcome, 108 Lois Lane, Punxsutawney, PA 15767-1201 |
| cr | + | Daniel Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| r | + | Don Powell, Powell & Associates Real Estate, LLC, 200 East Mahoning Street, Punxsutawney, PA 15767-2045 |
| cr | + | Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| 14274162 | + | CRW Home Center, Inc., 313 Martha Street, Punxsutawney, PA 15767-1821 |
| 14352177 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14274158 | + | Citi Cards/Bon Ton, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14274163 | + | Dan & Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| 14274166 | + | Indiana Regional Medical Center, PO Box 788, Indiana, PA 15701-0788 |
| 14361400 | | Jefferson County Tax Claim Bureau, 200 Main Street Court House, Brookville, PA 15825 |
| 14274168 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14274170 | + | Liberty Mutual Group, 7000 Stonewood Drive Suite 100, Wexford, PA 15090-7376 |
| 14345131 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas TX 75261-9741 |
| 15400026 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14274174 | + | Penn Highlands DuBois, PO Box 447, Du Bois, PA 15801-0447 |
| 14274175 | + | Peoples Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14274176 | + | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 14274177 | + | Punxatawny Area Hospital, 81 Hillcrest Drive, Punxsutawney, PA 15767-2616 |
| 14274178 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14277250 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14274180 | + | Susan L. Mitchell, 301 E. Mahoning Street, Suite 3, Punxsutawney, PA 15767-2142 |
| 14274182 | + | The SOS Group, Collection Agency, Po Box 16211, Cleveland, OH 44116-0211 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 02 2022 09:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2022 04:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 02 2022 09:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2022 04:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| cr | + EDI: PRA.COM | | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| | | Feb 02 2022 09:38:00 | |
| cr | + Email/Text: ebnpeoples@grblaw.com | | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| | | Feb 02 2022 04:38:00 | |
| cr | + Email/Text: ebnpeoples@grblaw.com | | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| | | Feb 02 2022 04:38:00 | |
| cr | EDI: RECOVERYCORP.COM | | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| | | Feb 02 2022 09:38:00 | |
| 14292528 | + EDI: PHINAMERI.COM | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| | | Feb 02 2022 09:38:00 | |
| 14274155 | + EDI: CITICORP.COM | | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| | | Feb 02 2022 09:38:00 | |
| 14274156 | EDI: CAPITALONE.COM | | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| | | Feb 02 2022 09:38:00 | |
| 14294828 | EDI: CAPITALONE.COM | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| | | Feb 02 2022 09:38:00 | |
| 14345373 | Email/PDF: bncnotices@becket-lee.com | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| | | Feb 02 2022 04:46:45 | |
| 14344558 | + Email/Text: bankruptcy@cavps.com | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| | | Feb 02 2022 04:39:00 | |
| 14274159 | + EDI: WFNNB.COM | | Comenity - Gander Mtn, PO Box 659569, San Antonio, TX 78265-9569 |
| | | Feb 02 2022 09:38:00 | |
| 14274160 | + EDI: WFNNB.COM | | Comenity- Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| | | Feb 02 2022 09:38:00 | |
| 14274161 | + EDI: CCS.COM | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| | | Feb 02 2022 09:38:00 | |
| 14274164 | Email/PDF: DellBKNotifications@resurgent.com | | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| | | Feb 02 2022 04:46:42 | |
| 14274165 | + EDI: PHINAMERI.COM | | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| | | Feb 02 2022 09:38:00 | |
| 14351273 | + EDI: HY11.COM | | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| | | Feb 02 2022 09:38:00 | |
| 14274157 | EDI: JPMORGANCHASE | | Chase Card Services-Disney, PO Box 1423, Charlotte, NC 28201 |
| | | Feb 02 2022 09:38:00 | |
| 14274167 | + Email/Text: BKRMailOPS@weltman.com | | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| | | Feb 02 2022 04:39:00 | |
| 14274169 | + Email/Text: PBNCNotifications@peritusservices.com | | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| | | Feb 02 2022 04:38:00 | |
| 14274171 | + EDI: RMSC.COM | | Lowe's/Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| | | Feb 02 2022 09:38:00 | |
| 14311098 | + EDI: AGFINANCE.COM | | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| | | Feb 02 2022 09:38:00 | |
| 14274173 | + EDI: AGFINANCE.COM | | OneMain Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| | | Feb 02 2022 09:38:00 | |
| 14305245 | EDI: AGFINANCE.COM | | OneMain Financial, P.O. Box 3251, Evansville, IN. 47731-3251 |
| | | Feb 02 2022 09:38:00 | |
| 14351621 | EDI: PRA.COM | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | Feb 02 2022 09:38:00 | |

District/off: 0315-1                          User: auto                                    Page 3 of 4
Date Rcvd: Feb 01, 2022                     Form ID: 3180W                            Total Noticed: 56

| 14520057 | | EDI: PRA.COM | | |
|---|---|---|---|---|
| | | | Feb 02 2022 09:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14335570 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Feb 02 2022 04:38:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14301638 | | EDI: Q3G.COM | | |
| | | | Feb 02 2022 09:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14278267 | | EDI: RECOVERYCORP.COM | | |
| | | | Feb 02 2022 09:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14274179 | | EDI: AGFINANCE.COM | | |
| | | | Feb 02 2022 09:38:00 | Springleaf, PO Box 742536, Cincinnati, OH 45274 |
| 14282696 | + | Email/Text: ecf@buckleyking.com | | |
| | | | Feb 02 2022 04:38:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14274181 | + | EDI: RMSC.COM | | |
| | | | Feb 02 2022 09:38:00 | Synchrony Bank-LensCrafters, PO Box 960061, Orlando, FL 32896-0061 |
| 14274183 | + | EDI: RMSC.COM | | |
| | | | Feb 02 2022 09:38:00 | Walmart Mastercard/Syncb, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE, LLC |
| 14332294 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14691667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14274172 | ##+ | Northwest Consumer Discount Company, 107 East Mahoning Street, PO Box 456, Punxsutawney, PA 15767-0456 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |

| | |
|---|---|
| | on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | |
| | on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Gary V. Skiba | |
| | on behalf of Creditor Kelly Reitz gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | |
| | on behalf of Creditor Daniel Reitz gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com |
| James Warmbrodt | |
| | on behalf of Creditor Nationstar Mortgage LLC  as Servicer bkgroup@kmllawgroup.com |
| James Warmbrodt | |
| | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | |
| | on behalf of Creditor NATIONSTAR MORTGAGE  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | |
| | on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 14