FILED
2/1/22 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TODD R NEWCOME<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:16-10776 TPA<br><br>Chapter 13<br><br>Related Document No.: 226 |

ORDER OF COURT

　AND NOW, this 1st day of January, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-10776-TPA
Todd R. Newcome  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Feb 01, 2022      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd R. Newcome, 108 Lois Lane, Punxsutawney, PA 15767-1201 |
| cr | + | Daniel Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| r | + | Don Powell, Powell & Associates Real Estate, LLC, 200 East Mahoning Street, Punxsutawney, PA 15767-2045 |
| cr | + | Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| 14274162 | + | CRW Home Center, Inc., 313 Martha Street, Punxsutawney, PA 15767-1821 |
| 14352177 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14274158 | + | Citi Cards/Bon Ton, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14274163 | + | Dan & Kelly Reitz, 45 Calvary Lane, Punxsutawney, PA 15767-7932 |
| 14274166 | + | Indiana Regional Medical Center, PO Box 788, Indiana, PA 15701-0788 |
| 14361400 | | Jefferson County Tax Claim Bureau, 200 Main Street Court House, Brookville, PA 15825 |
| 14274168 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14274170 | + | Liberty Mutual Group, 7000 Stonewood Drive Suite 100, Wexford, PA 15090-7376 |
| 14345131 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas TX 75261-9741 |
| 15400026 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14274174 | + | Penn Highlands DuBois, PO Box 447, Du Bois, PA 15801-0447 |
| 14274175 | + | Peoples Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14274176 | + | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 14274177 | + | Punxatawny Area Hospital, 81 Hillcrest Drive, Punxsutawney, PA 15767-2616 |
| 14274178 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14277250 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14274180 | + | Susan L. Mitchell, 301 E. Mahoning Street, Suite 3, Punxsutawney, PA 15767-2142 |
| 14274182 | + | The SOS Group, Collection Agency, PO Box 16211, Cleveland, OH 44116-0211 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2022 04:46:48 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 02 2022 04:38:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 02 2022 04:38:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 02 2022 04:46:45 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292528 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 02 2022 04:39:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

| ID | | Method / Address | Timestamp | Recipient |
|---|---|---|---|---|
| 14274155 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2022 04:46:45 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14274156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2022 04:46:41 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14294828 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2022 04:46:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14345373 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2022 04:46:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14344558 | + | Email/Text: bankruptcy@cavps.com | Feb 02 2022 04:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14274159 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2022 04:39:00 | Comenity - Gander Mtn, PO Box 659569, San Antonio, TX 78265-9569 |
| 14274160 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2022 04:39:00 | Comenity- Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14274161 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2022 04:39:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14274164 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 02 2022 04:46:42 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 14274165 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 02 2022 04:39:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14351273 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 02 2022 04:39:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14274157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 02 2022 04:46:41 | Chase Card Services-Disney, PO Box 1423, Charlotte, NC 28201 |
| 14274167 | + | Email/Text: BKRMailOPS@weltman.com | Feb 02 2022 04:39:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14274169 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2022 04:38:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14274171 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2022 04:46:41 | Lowe's/Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14311098 | + | Email/PDF: cbp@onemainfinancial.com | Feb 02 2022 04:46:44 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14274173 | + | Email/PDF: cbp@onemainfinancial.com | Feb 02 2022 04:46:44 | OneMain Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 14305245 | | Email/PDF: cbp@onemainfinancial.com | Feb 02 2022 04:46:41 | OneMain Financial, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 14351621 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2022 04:46:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14520057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2022 04:46:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14335570 | + | Email/Text: ebnpeoples@grblaw.com | Feb 02 2022 04:38:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14301638 | | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2022 04:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14278267 | | Email/PDF: rmscedi@recoverycorp.com | Feb 02 2022 04:46:45 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14274179 | | Email/PDF: cbp@onemainfinancial.com | Feb 02 2022 04:46:44 | Springleaf, PO Box 742536, Cincinnati, OH 45274 |
| 14282696 | + | Email/Text: ecf@buckleyking.com | | |

|  |  |  | Feb 02 2022 04:38:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| --- | --- | --- | --- | --- |
| 14274181 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2022 04:46:41 | Synchrony Bank-LensCrafters, PO Box 960061, Orlando, FL 32896-0061 |
| 14274183 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2022 04:46:47 | Walmart Mastercard/Syncb, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | NATIONSTAR MORTGAGE, LLC |
| 14332294 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14691667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14274172 | ##+ | Northwest Consumer Discount Company, 107 East Mahoning Street, PO Box 456, Punxsutawney, PA 15767-0456 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Todd R. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Gary V. Skiba | on behalf of Creditor Kelly Reitz gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | on behalf of Creditor Daniel Reitz gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC  as Servicer bkgroup@kmllawgroup.com |
| James Warmbrodt |  |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 54 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

Joshua I. Goldman

on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Shearer

on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace

on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 14