# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | |
|---|---|
| In re: <br>     TODD R NEWCOME <br><br> Debtor(s) | Case No. 16-10776TPA |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/12/2016.

2) The plan was confirmed on 10/25/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 10/26/2017, 08/07/2019, 03/18/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/17/2019.

5) The case was completed on 11/04/2021.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $134,655.00.

10) Amount of unsecured claims discharged without payment: $51,707.04.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $130,603.29 |
| Less amount refunded to debtor | $1,304.31 |

**NET RECEIPTS:** $129,298.98

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $17,137.75 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,024.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $23,162.29

Attorney fees paid and disclosed by debtor:    $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVCS INC | Secured | 48,343.15 | 47,125.66 | 0.00 | 46,997.47 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Secured | 0.00 | 1,578.92 | 1,578.92 | 1,578.92 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 3,400.76 | 3,453.56 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 2,157.11 | 2,097.74 | 2,097.74 | 558.30 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 2,822.38 | 2,528.70 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 466.11 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 1,858.34 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE** | Unsecured | 6,720.00 | 297.76 | 297.76 | 79.25 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 349.91 | NA | NA | 0.00 | 0.00 |
| CRW HOME CNTR INC | Unsecured | 1,425.60 | NA | NA | 0.00 | 0.00 |
| DANIEL AND KELLY REITZ | Secured | 0.00 | 0.00 | 14,267.03 | 14,267.03 | 0.00 |
| DANIEL AND KELLY REITZ | Secured | 120,000.00 | 133,612.00 | 18,132.48 | 18,132.48 | 4,857.74 |
| DELL FINANCIAL SERVICES LLC | Unsecured | NA | 3,065.44 | 3,065.44 | 815.86 | 0.00 |
| DFS ACCEPTANCE | Unsecured | 2,879.14 | NA | NA | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | NA | NA | NA | 0.00 | 0.00 |
| HYUNDAI CAPITAL AMERICA D/B/A | Secured | 18,465.50 | 18,177.99 | 1,270.72 | 1,270.72 | 536.77 |
| INDIANA REGIONAL MEDICAL CNTR | Unsecured | 160.97 | 160.97 | 160.97 | 42.84 | 0.00 |
| JEFFERSON COUNTY TAX CLAIM BU | Secured | NA | 3,085.39 | 0.00 | 0.00 | 0.00 |
| JEFFERSON COUNTY TAX CLAIM BU | Secured | 3,107.28 | 3,339.40 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 4,138.34 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | NA | 83,739.45 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK ASSGNEE NORT | Unsecured | 5,866.38 | 4,550.80 | 4,550.80 | 1,211.19 | 0.00 |
| PA SCDU* | Priority | 200.74 | NA | NA | 0.00 | 0.00 |
| PENN HIGHLANDS DUBOIS++ | Unsecured | 296.39 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LLC F/K/A PEOPLES TV | Unsecured | 3,949.02 | 4,100.67 | 4,100.67 | 1,091.38 | 0.00 |
| PEOPLES GAS LLC F/K/A PEOPLES TV | Priority | NA | NA | 991.00 | 991.00 | 0.00 |
| PLAIN GREEN LOANS LLC* | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,677.36 | 4,028.50 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | NA | 4,785.94 | 4,785.94 | 1,273.77 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 18,257.35 | 11,072.64 | 11,072.64 | 2,946.95 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PUNXSUTAWNEY AREA HOSPITAL | Unsecured | 94.60 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | 4,075.54 | 3,554.26 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | 764.55 | 1,163.82 | 1,163.82 | 309.75 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | 952.91 | 1,152.23 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | NA | 113.72 | 113.72 | 30.27 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | NA | 1,302.83 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | NA | 128.29 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*) | Unsecured | 1,336.15 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF(*) | Unsecured | 5,927.05 | NA | NA | 0.00 | 0.00 |
| STERLING JEWELERS D/B/A KAY JEV | Secured | 8,156.51 | 8,358.03 | 0.00 | 0.00 | 0.00 |
| STERLING JEWELERS INC D/B/A KAY | Secured | 235.33 | 415.77 | 0.00 | 0.00 | 0.00 |
| SUSAN MITCHELL | Secured | 1,487.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUSAN MITCHELL | Secured | 1,213.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 571.12 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 2,376.65 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 8,092.15 | NA | NA | 0.00 | 0.00 |
| TW PHILLIPS GAS & OIL** | Priority | NA | NA | 9,145.00 | 9,145.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $32,399.51 | $32,399.51 | $4,857.74 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,849.64 | $49,847.11 | $536.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$35,249.15** | **$82,246.62** | **$5,394.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,136.00 | $10,136.00 | $0.00 |
| **TOTAL PRIORITY:** | **$10,136.00** | **$10,136.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,409.50** | **$8,359.56** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $23,162.29 |
| Disbursements to Creditors | $106,136.69 |
| **TOTAL DISBURSEMENTS :** | **$129,298.98** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/04/2022                              By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**